IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>Defendants. | C.A. No. 04-1443-GMS |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Fish & Richardson P.C. substitutes its appearance for the law firm of Morris, Nichols, Arsht & Tunnell on behalf of Defendant MGP Ingredients, Inc.

| MORRIS, NICHOLS, ARSHT & TUNNELL | FISH & RICHARDSON P.C. |
|---|---|
| /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200 | /s/ Thomas L. Halkowski<br>Thomas L. Halkowski (#4099)<br>919 N. Market Street<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2005, I electronically filed a **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Josy W. Ingersoll<br>Kevin M. Baird<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | *Attorneys for Plaintiffs*<br>*Nation Starch and Chemical Investment*<br>*Holding Corporation, Penford Australia*<br>*Ltd., and Penford Holding Pty,* |
| Jack B. Blumenfeld<br>Maryellen Noreika<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | *Attorneys for Defendant*<br>*MGP Ingredients, Inc.* |

I hereby certify that on March 4, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participant:

| | |
|---|---|
| Richard L. DeLucia<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs*<br>*Nation Starch & Chemical Investment*<br>*Holding Corporation, Penford Australia*<br>*Ltd., and Penford Holding Pty,* |

_/s/ Thomas L. Halkowski_
Thomas L. Halkowski

80023297.doc