## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD. and PENFORD HOLDINGS PTY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1443-GMS |
| CARGILL, INC. and MGP INGREDIENTS, INC. | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF WITHDRAWAL OF KEVIN M. BAIRD AS COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, Kevin M. Baird, Esq.

withdraws from its representation of National Starch and Chemical Investment Holding

Corporation, Penford Australia Ltd. and Penford Holdings Pty. in this action.  Plaintiffs

continue to be represented in this action by Josy W. Ingersoll and the law firm of Young

Conaway Stargatt & Taylor, LLP, as well as by the law firm of Kenyon & Kenyon.

YOUNG   CONAWAY   STARGATT   & TAYLOR, LLP

Josy W. Ingersoll (# 1088)
Kevin M. Baird (# 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kbaird@ycst.com
*Attorneys for Plaintiffs*

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
KENYON & KENYON
One Broadway
New York, New York 10004-1050
(212) 425-7200

Dated: March 29, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esquire hereby certify that on March 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY HAND DELIVERY**

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

I further certify that on March 29, 2005,  I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll  (No. 1088)
 Kevin M. Baird (#4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kbaird@ycst.com
Attorneys for Plaintiffs