IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>                Plaintiffs,<br><br>v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>                Defendants. | C.A. No. 04-1443-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Gregory A. Madera** to represent defendants Cargill, Inc. and MGP Ingredients in this matter.

Dated: April 20, 2005

FISH & RICHARDSON P.C.

By: _____
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Attorneys for Plaintiff
KYPHON INCORPORATED

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2005    _____
                                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 20, 2005         Signed: *[signature]*
                              Gregory A. Madera (BBO #313,020)
                              Fish & Richardson P.C.
                              225 Franklin Street
                              Boston, MA  02110-2804
                              Business E-mail Address: madera@fr.com
                              Business Phone Number: 617-542-5070
                              Facsimile: 617-542-8906

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2005, I electronically filed a **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Attorneys for Plaintiffs<br>Nation Starch and Chemical Investment<br>Holding Corporation, Penford Australia<br>Ltd., and Penford Holding Pty, |

_____
Thomas L. Halkowski
Fish & Richardson P.C.
Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware 19899-1114
(302) 652-5070
halkowski@fr.com

80024121.doc