IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD. and PENFORD HOLDINGS PTY,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.<br><br>Defendants. | C.A. No. 04-1443-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Richard L. DeLucia, Esquire and Paul M. Richter, Jr., Esquire to represent Plaintiffs in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll   (No. 1088)
John W. Shaw   (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware   19801
(302) 571-6600
jshaw@ycst.com
Attorneys for Plaintiffs

Date: April 20, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2005     _____
                                   United States District Judge

WP3:1105056.1                                              63631.1001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
National Starch and Chemical Investment :
Holding Corporation, :
Penford Australia Ltd. and :
Penford Holdings Pty, :
:
                    Plaintiffs, :
:
         v. :   Civil Action No. 1:04-cv-1443
:
Cargill Corporation and :
MGP Ingredients, Inc. :
                    Defendants. :
:
------------------------------------------------------------x

## CERTIFICATION BY RICHARD L. DELUCIA
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Richard L. DeLucia
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Date: 4/18/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
National Starch and Chemical Investment  :
Holding Corporation,                     :
Penford Australia Ltd. and               :
Penford Holdings Pty,                    :
                                         :
                    Plaintiffs,          :
                                         :
            v.                           :   Civil Action No. 1:04-cv-1443
                                         :
Cargill Corporation and                  :
MGP Ingredients, Inc.                    :
                    Defendants.          :
                                         :
------------------------------------------------------------x

## CERTIFICATION BY PAUL M. RICHTER, JR.
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Bar of the State of Massachusetts, and the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
Paul M. Richter, Jr.
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Date: 4/18/05

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on April 20, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Thomas Lee Halkowski Esquire
    Fish & Richardson PC
    919 North Market Street, Suite 1100
    PO Box 1114
    Wilmington, De 19899-1114

I further certify that on April 20, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    _____
    Josy W. Ingersoll (No. 1088)
    John W. Shaw (No. 3362)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    (302) 571-6600
    jshaw@ycst.com

    Attorneys for Plaintiffs