IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>                Plaintiffs,<br><br>v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>                Defendants. | C.A. No. 04-1443-GMS |

## NOTICE OF SERVICE

    **PLEASE TAKE NOTICE** that on May 27, 2005, a true and correct copy of **DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | Attorneys for Plaintiffs<br>National Starch and Chemical Investment Holding Corporation, Penford Australia Ltd., and Penford Holding Pty, |
| **VIA FIRST CLASS MAIL**<br>Richard L. DeLucia<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | Attorneys for Plaintiffs<br>National Starch & Chemical Investment Holding Corporation, Penford Australia Ltd., and Penford Holding Pty, |

Dated: May 27, 2005          FISH & RICHARDSON P.C.

By: /s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Attorneys for Defendant
Cargill, Incorporated and MGP Ingredients, Inc.

80024846.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2005, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | Attorneys for Plaintiffs<br>Nation Starch and Chemical Investment<br>Holding Corporation, Penford Australia<br>Ltd., and Penford Holding Pty, |

I hereby certify that on May 27, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Richard L. DeLucia<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | Attorneys for Plaintiffs<br>Nation Starch & Chemical Investment<br>Holding Corporation, Penford Australia<br>Ltd., and Penford Holding Pty, |

/s/ Thomas L. Halkowski
Thomas L Halkowski
halkowski@fr.com

80024846.doc