IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------x
                                                     :
National Starch and Chemical Investment              :
Holding Corporation,                                 :
Penford Australia Ltd. and                           :
Penford Holdings Pty,                                :
                                                     :
                         Plaintiffs,                 :
                                                     :
              v.                                     :    Civil Action No. 04-1443-GMS
                                                     :
Cargill Corporation and                              :
MGP Ingredients, Inc.                                :
                         Defendants.                 :
                                                     :
------------------------------------------------------------------x
```

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certify that on May 27, 2005 copies of Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) were caused to be served on the following counsel of record in the manner indicated:

**BY OVERNIGHT COURIER**

Michael Florey, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 2, 2005 upon the following counsel of record in the manner indicated:

**BY E-FILING AND HAND DELIVERY**

Thomas L. Halkowski (No. 4099)
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware  19801

**BY FEDEX**

Michael Florey, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated:  June 2, 2005

Josy W. Ingersoll (ID #1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
jingersoll@ycst.com
Attorneys for Plaintiffs

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
Kenyon & Kenyon
One Broadway
New York, New York 10004-1050
(212) 425-7200

2

WP3:1117538.1

63631.1001