IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>     Plaintiffs,<br><br> v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>     Defendants. | C.A. No. 04-1443-GMS |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Michael E. Florey** and **Chad A. Hanson** to represent Defendants Cargill, Inc. and MGP Ingredients, Inc. in this matter.

Dated: June 14, 2005      FISH & RICHARDSON P.C.

               By: /s/ Thomas L. Halkowski
                  Thomas L. Halkowski (#4099)
                  919 N. Market Street, Suite 1100
                  P.O. Box 1114
                  Wilmington, DE 19899-1114
                  Telephone: (302) 652-5070
                  Facsimile: (302) 652-0607

               *Attorneys for Defendants Cargill, Inc. and*
               *MGP Ingredients, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2005    _____
                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 25, 2005        Signed: _____
                                   Chad A. Hanson
                                   Fish & Richardson P.C., P.A.
                                   3300 Dain Rauscher Plaza
                                   60 South Sixth Street,
                                   Minneapolis, MN 55402
                                   E-mail: hanson@fr.com
                                   Tel: 612-337-2537
                                   Fax: 612-288-9696

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 25, 2005               Signed: _____
                                          Michael E. Florey
                                          Fish & Richardson P.C., P.A.
                                          3300 Dain Rauscher Plaza
                                          60 South Sixth Street,
                                          Minneapolis, MN 55402
                                          E-mail: florey@fr.com
                                          Tel: 612-337-2505
                                          Fax: 612-288-9696

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed a **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building, 17th Floor  
1000 West Street  
P.O. Box 391  
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs*
*Nation Starch and Chemical Investment*
*Holding Corporation, Penford Australia*
*Ltd., and Penford Holding Pty,*

I hereby certify that on June 14, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Richard L. DeLucia  
Kenyon & Kenyon  
One Broadway  
New York, NY 10004

*Attorneys for Plaintiffs*
*Nation Starch & Chemical Investment*
*Holding Corporation, Penford Australia*
*Ltd., and Penford Holding Pty,*

/s/ Thomas L. Halkowski  
Thomas L. Halkowski

80022266.doc