IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
National Starch and Chemical Investment                     :
Holding Corporation,                                        :
Penford Australia Ltd. and                                  :
Penford Holdings Pty,                                       :
                                                            :
                        Plaintiffs,                         :
                                                            :
            v.                                              :   Civil Action No. 04-1443-GMS
                                                            :
Cargill Corporation and                                     :
MGP Ingredients, Inc.                                       :
                        Defendants.                         :
                                                            :
------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that on August 23, 2005 copies of Plaintiffs' First Set of Requests For Documents And Things were caused to be served on the following counsel of record the manner indicated:

**BY OVERNIGHT COURIER**

Michael Florey, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 23, 2005, upon the following counsel of record in the manner indicated:

DB01:1617538.1

BY E-FILING AND HAND DELIVERY

Thomas L. Halkowski, Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19801

**BY FEDEX**

Michael Florey, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: August 23, 2005

*Josy W. Ingersoll (by Karen E. Keller)*
Josy W. Ingersoll (#1088)       #4489
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
jingersoll@ycst.com
Attorneys for Plaintiffs

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
Kenyon & Kenyon
One Broadway
New York, New York 10004-1050
(212) 425-7200