IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>       Plaintiffs,<br><br> v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>       Defendants. | C.A. No. 04-1443-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 25, 2005, a true and correct copy of **DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED ON PLAINTIFFS (Nos. 1-8)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs
National Starch and Chemical
investment Holding Corporation,
Penford Australia Ltd., and Penford
Holding Pty*

**VIA FEDERAL EXPRESS**
Richard L. DeLucia
Kenyon & Kenyon
One Broadway
New York, NY 10004

*Attorneys for Plaintiffs
National Starch and Chemical
Investment Holding Corporation,
Penford Australia Ltd., and Penford
Holding Pty*

Dated: August 25, 2005       FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

*Attorneys for Defendants*
*Cargill, Incorporated and MGP Ingredients, Inc.*


80026681.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

I hereby certify that on August 25, 2005, I have mailed by via Federal Express, the document(s) to the following non-registered participant:

| | |
|---|---|
| Richard L. DeLucia<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski

80026681.doc