IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------x
                                                          :
National Starch and Chemical Investment                   :
Holding Corporation,                                      :
Penford Australia Ltd. and                                :
Penford Holdings Pty,                                     :
                                                          :
                    Plaintiffs,                           :
                                                          :
              v.                                          :   Civil Action No. 04-1443-GMS
                                                          :
Cargill Corporation and                                   :
MGP Ingredients, Inc.                                     :
                    Defendants.                           :
----------------------------------------------------------x
```

## STIPULATION AND ORDER

The parties hereby stipulate, subject to the approval of the Court, to extend the time for submission of joint claim chart and claim construction briefs by two (2) days. The parties need this brief extension in order to finalize the meet and confer process as to which claim terms need to be construed. The additional 2 days will not affect any other dates in the scheduling order. The amended schedule will be as follows:

    Submission of claim charts: September 14, 2005
    Opening claim construction briefs: September 21, 2005
    Answering claim construction briefs: October 5, 2005

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON, P.C. |
|---|---|
| /s/ Karen E. Keller | /s/ Thomas L. Halkowski |
| Josy W. Ingersoll (#1088) | Thomas L. Halkowski (#4099) |
| Karen E. Keller (#4489) | 919 N. Market Street, Suite 1100 |
| The Brandywine Building | Wilmington, Delaware 19801 |
| 1000 West Street, 17th Floor | (302) 652-5070 |
| Wilmington, Delaware 19801 | halkowski@fr.com |
| (302) 571-6672 | *Attorneys for Defendants Cargill Inc. and MPG Ingredients* |
| jingersoll@ycst.com | |
| *Attorneys for Plaintiffs National Starch and Penford* | |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge