IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
National Starch and Chemical Investment                    :
Holding Corporation,                                       :
Penford Australia Ltd. and                                 :
Penford Holdings Pty,                                      :
                                                           :
                    Plaintiffs,                            :
                                                           :
          v.                                               :   Civil Action No. 04-1443-GMS
                                                           :
Cargill Corporation and                                    :
MGP Ingredients, Inc.                                      :
                                                           :
                    Defendants.                            :
-----------------------------------------------------------x
```

## STIPULATION AND ORDER

The parties hereby stipulate, subject to the approval of the Court, to extend the time for submission of claim construction briefs as follows:

> Opening claim construction briefs: September 26, 2005
> Answering claim construction briefs: October 7, 2005

This schedule was requested by plaintiffs' counsel and agreed to by defendants' counsel. It changes, *inter alia*, the date for filing of the final brief by two (2) days, and was requested by

plaintiffs' counsel because the parties only concluded there was any dispute as to claim terms on September 13, 2005, the day before claim charts were submitted to the Court.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON, P.C. |
|---|---|
| /s/ Karen E. Keller | /s/ Thomas L. Halkowski |
| Josy W. Ingersoll (ID #1088) | Thomas L. Halkowski (No. 4099) |
| Karen E. Keller (ID #4489) | 919 N. Market Street, Suite 1100 |
| The Brandywine Building | Wilmington, Delaware 19801 |
| 1000 West Street, 17th Floor | (302) 652-5070 |
| Wilmington, Delaware 19801 | halkowski@fr.com |
| (302) 571-6672 | *Attorneys for Defendants Cargill Inc. and MPG Ingredients* |
| jingersoll@ycst.com | |
| *Attorneys for Plaintiffs National Starch and Penford* | |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge