IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>                    Defendants. | C.A. No. 04-1443-GMS |

## DECLARATION OF COURTNEY NELSON WILLS IN SUPPORT OF DEFENDENTS' ANSWERING *MARKMAN* BRIEF

Filed:  October 7, 2005

FISH & RICHARDSON P.C.

Thomas L.  Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Attorney for Defendants
Cargill, Inc. and MGP Ingredients, Inc.

I, Courtney Nelson Wills, declare as follows:

1.  I am an attorney representing Defendants Cargill, Incorporated and MGP Ingredients, Incorporated. I make this declaration in support of Defendants' Answering *Markman* Brief.

2.  Attached hereto as <u>Exhibit A</u> is a true and correct copy of an article by Edna M. Montgomery et al., "High Amylose Corn Starch Fractions" in 13 Die Starke (1961).

3.  Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts from a book entitled Starch: Chemistry and Technology , Chapter III, , "Genetics and Physiology of Starch Development" by Jack C. Shannon & Douglas L. Garwood (2nd ed. 1984).

4.  Attached hereto as <u>Exhibit C</u> is a true and correct of excerpts from the Merriam-Webster's Collegiate Dictionary (11th ed. 2004) containing the definition of "apparent."

5.  Attached hereto as <u>Exhibit D</u> is a true and correct copy of excerpts from The American Heritage Dictionary of The English Language (4th ed. 2000) containing the definition of "apparent."

6.  Attached hereto as <u>Exhibit E</u> is a true and correct copy of an Australian patent number AU 45616/89.

7.  Attached hereto as <u>Exhibit F</u> is a true and correct copy of the web pages at http://www.corn.org and http://www.corn.org/membercompanies.htm.

8.  Attached hereto as <u>Exhibit G</u> is a true and correct copy of excerpts from the Analytical Methods of the Member Companies of Corn Refiners Association, Inc.

Dated: October 7, 2005				FISH & RICHARDSON P.C., P.A.


					By: s/Courtney Nelson Wills
					    Courtney Nelson Wills
					    60 South Sixth Street, Suite 3300
					    Minneapolis, MN 55402
					    Telephone: (612) 335-5070
					    Facsimile: (612) 288-9696

					    Thomas L. Halkowski (#4099)
					    919 N. Market Street, Suite 1100
					    P.O. Box 1114
					    Wilmington, DE 19899-1114
					    Telephone: (302) 652-5070
					    Facsimile: (302) 652-0607

					Attorneys for Defendants
					Cargill, Inc. and MGP Ingredients, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2005, I electronically filed the **DECLARATION OF COURTNEY NELSON WILLS IN SUPPORT OF DEFENDANTS' ANSWERING *MARKMAN* BRIEF** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs<br>Nation Starch and Chemical Investment<br>Holding Corporation, Penford Australia<br>Ltd., and Penford Holding Pty* |

I hereby certify that on October 7, 2005, I have mailed via Federal Express, the document(s) to the following non-registered participant:

| | |
|---|---|
| Richard L. DeLucia<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs<br>Nation Starch & Chemical Investment<br>Holding Corporation, Penford Australia<br>Ltd., and Penford Holding Pty* |

 

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski