# EXHIBIT C

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.    cm.
    Includes index.
    ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
    1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
  PE1628.M36    2003
  423—dc21                                2003003674
                                                   CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456TT:QWV04



apogee 1

[Column 1 - partial, damaged]
ce from the
nt farthest
the moon)
— compare
ghest point
ion reached
\a-po-'jē-ən\
rō-,tēn, -,li-,
:ombines with a lipid to form a lipo-
: or letter and number
1935)  1 : having no interest or in-
o : having an aversion to politics or
litical significance — **apo-lit-i-cal-ly**
\-si-zəm\ n
(1924) : APOLLONIAN
*Apollo*, fr. Gk *Apollōn*] (13c)  1 : the
,ht, prophecy, music, and poetry  2
: any of a class of asteroids having an
beyond the earth's orbit
(1663)  1 : of, relating to, or resem-
ious, measured, ordered, or balanced
IAN
n [Gk *Apollyōn*] (14c) : the angel of
Revelation
15c) : APOLOGETICS 1
fr. *apologeisthai* to defend, fr. *apo-* +
red in defense or vindication ⟨the ~
b : offered by way of excuse or apol-
fully acknowledging fault or failure
e) — **apol-o-get-i-cal-ly** \-ti-k(ə-)lē\
g or pl in constr (ca. 1733)  1 : system-
lefense (as of a doctrine)  2 : a branch
se of the divine origin and authority of
L] (1784) : a defense esp. of one's opin-
1est — or explanation of what drives a
1athematics —*Brit. Book News*⟩  syn
:B
) : one who speaks or writes in defense
iz-ing (1596) : to make an apology —
[F, fr. L *apologus*, fr. Gk *apologos*, fr.
ca. 1555) : an allegorical narrative usu.
e [MF or LL; MF *apologie*, fr. LL *apo-
eech* — more at LEGEND] (1533)  1 a
e  b : EXCUSE 2a  2 : an admission
ed by an expression of regret ⟨a public
KESHIFT
:USE, PLEA, PRETEXT, ALIBI mean mat-
efense. APOLOGY usu. applies to an ex-
:e or wrong with implied admission of
out reference to mitigating or extenuat-
ay of *apology* that he would have met
implies not admission of guilt or regret
grounds for some course, belief, or po-
ogia for his foreign policy⟩. EXCUSE im-
ove blame or censure ⟨used illness as an
⟩. PLEA stresses argument or appeal for
or mercy ⟨her usual *plea* that she was
its subterfuge and the offering of false
or explanation ⟨used any *pretext* to get
desire to shift blame or evade punish-
ibility to the explanation ⟨his *alibi* failed
- L *luna* moon — more at LUNAR] (ca.
a body orbiting the moon that is farthest
- compare PERILUNE
o. back-formation fr. ISV *apomictic*, fr.
more at MIX] (ca. 1938) : one produced
— **apo-mic-tic** \,a-pō-'mik-tik\ *adj* —
*adv*
pl **-mix-es** \-,sēz\ [NL, fr. Gk *apo-* +
*a*] (1913) : reproduction (as apogamy or
ecialized generative tissues but not de-
ēn\ n [ISV] (1888) : a crystalline mor-
1at is a dopamine agonist and is adminis
:hloride for its powerful emetic action
ios. -nyü-\ n [NL, fr. Gk *aponeurōsis*, fr.
tendon, fr. *apo-* + *neuron* sinew — more
t sheet of dense fibrous collagenous con-
:cts, and forms the terminations and at-
— **apo-neu-rot-ic** \-'rä-tik\ *adj*
LL, repudiation, fr. Gk denial, negation,
+ *phanai* to say — more at BAN] (1657)
iming not to mention it (as in "we won't

of APOTHEGM
pä-fə-,lit\ n [F, fr. *apo-* + Gk *phyllon* leaf
mineral composed of a hydrous silicate of
rine that is related to the zeolites and b
are prisms or white or grayish masses
pl **-y-ses** \-,sēz\ [NL, fr. Gk, fr. *apo-* +
at BE] (1646) : an expanded or projectin
popli-y-se-al \,pä-fə-'sē-əl\ *adj*
*adj* [F or LL; F *apoplectique*, fr. LL *apo-
fr. *apoplēssein*] (1611)  1 : of, relating to
d with, inclined to, or showing symptom
cause or apparently cause stroke ⟨as ~

[Column 2 - heavily damaged]
raga⟩; *also* : greatly excited or angered ⟨was ~ over the news⟩ — **ap-o-plec-ti-cal-ly** \-ti-k(ə-)lē\ *adv*
**ap-o-plexy** \'a-pə-,plek-sē\ *n* [ME *apoplexie*, fr. MF & LL; MF, fr. LL *apoplexia*, fr. Gk *apoplēxia*, fr. *apoplēssein* to cripple by a stroke, fr. *apo-* + *plēssein* to strike — more at PLAINT] (14c) : STROKE 5
*apoptōsis* a falling off, fr. *apopiptein* to fall off, fr. *apo-* + *piptein* to fall — more at FEATHER] (1972) : a genetically directed process of cell self-destruction that is marked by the fragmentation of nuclear DNA, activated either by the presence of a stimulus or removal of a suppressing agent or stimulus, and is a normal physiological process eliminating DNA-damaged, superfluous, or unwanted cells — called also *programmed cell death* — **apo-ptot-ic** \-'tä-tik\ *adj*
**apo-ria** \ə-'pȯr-ē-ə\ *n* [F *aporie*, ultim. fr. Gk *aporia* difficulty, perplexity, fr. *aporos* impassable, fr. *a-* + *poros* passage — more at FARE] (ca. 1590)  1 : an expression of real or pretended doubt or uncertainty esp. for rhetorical effect  2 : a logical impasse or contradiction; *esp* : a radical contradiction in the import of a text or theory that is seen in deconstruction as inevitable
**aport** \ə-'pȯrt\ *adv* (1627) : on or toward the left side of a ship ⟨put the helm hard ~⟩
**apo-se-mat-ic** \,a-pō-si-'ma-tik\ *adj* [*apo-* + Gk *sēmat-*, *sēma* sign] (1890) : being conspicuous and serving to warn ⟨~ coloration in butterflies⟩ — **apo-se-mat-i-cal-ly** \-ti-k(ə-)lē\ *adv*
**apo-si-o-pe-sis** \,a-pə-,sī-ə-'pē-səs\ *n, pl* **-pe-ses** \-,sēz\ [LL, fr. Gk *aposiōpēsis*, fr. *aposiōpan* to be fully silent, fr. *apo-* + *siōpan* to be silent, akin to Goth *sweiban* to cease] (1555) : the leaving of a thought incomplete usu. by a sudden breaking off (as in "his behavior was—but I blush to mention that") — **ap-o-si-o-pet-ic** \-'pe-tik\ *adj*
**apos-pory** \ə-'päs-pōr-ē, ,a-'päs-pə-rē\ *n* (1884) : production of gametophytes directly from diploid cells of the sporophytes without spore formation (as in certain ferns and mosses)
**apos-ta-sy** \ə-'päs-tə-sē\ *n, pl* **-sies** [ME *apostasie*, fr. LL *apostasia*, fr. Gk, lit., revolt, fr. *aphistasthai* to revolt, fr. *apo-* + *histasthai* to stand — more at STAND] (14c)  1 : renunciation of a religious faith  2 : abandonment of a previous loyalty : DEFECTION
**apos-tate** \ə-'päs-,tāt, -tət\ *n* (14c) : one who commits apostasy — **apostate** *adj*
**apos-ta-tize** \ə-'päs-tə-,tīz\ *vi* -tized; -tiz-ing (1611) : to commit apostasy
**a pos-te-ri-ori** \,ä-(,)pō-,stir-ē-'ȯr-ē, ,ā-,pä-,stir-ē-'ȯr-,ī, (,)pō-stir-ē-'ȯr-ī\ *adv* [NL, lit., from the latter] (1588)  1 : INDUCTIVE  2 : relating to or derived by reasoning from observed facts — compare A PRIORI — **a posteriori** *adj*
**apos-tle** \ə-'pä-səl\ *n* [ME, fr. AF & OE; AF *apostle* & OE *apostol*, both fr. LL *apostolus*, fr. Gk *apostolos*, fr. *apostellein* to send away, fr. *apo-* + *stellein* to send] (bef. 12c)  1 : one sent on a mission: as  a : one of an authoritative New Testament group sent out to preach the gospel and establish Christ's 12 original disciples and Paul  b : the first prominent Christian missionary to a region or group  2 : a person who initiates a great moral reform or who first advocates an important belief or system  3 : an ardent supporter : ADHERENT  3 : the highest ecclesiastical official in some church organizations  4 : one of a Mormon administrative council of 12 men — **apos-tle-ship** \-,ship\ *n*
**Apostles' Creed** *n* (1602) : a Christian statement of belief ascribed to the twelve Apostles and used esp. in public worship
**apos-to-late** \ə-'päs-tə-lət, -,lāt\ *n* [LL *apostolatus*, fr. *apostolus*] (14c)  1 : the office or mission of an apostle  2 : an association of persons dedicated to the propagation of a religion or a doctrine
**ap-os-tol-ic** \,a-pə-'stä-lik\ *adj* (13c)  1 a : of or relating to an apostle  b : of, relating to, or conforming to the teachings of the New Testament  2 a : of or relating to a succession of spiritual authority from the apostles held (as by Roman Catholics, Anglicans, and Eastern Orthodox) to be perpetuated by successive ordinations of bishops and therefore necessary for valid sacraments and orders  b : PAPAL — **apos-tol-i-cal-ly** \-'stä-li-s(ə-)lē\ *adv*
**apostolic delegate** *n* (ca. 1907) : an ecclesiastical representative of the pope in the Catholic hierarchy of another country
**Apostolic Father** *n* (1828) : a church father of the first or second century
**apos-tro-phe** \ə-'päs-trə-(,)fē\ *n* [L, fr. Gk *apostrophē*, lit., act of turning away, fr. *apostrephein* to turn away, fr. *apo-* + *strephein* to turn] (1533) : the addressing of a usu. absent person or a usu. personified thing rhetorically ⟨Carlyle's "O Liberty, what things are done in thy name" is an example of ~⟩ — **ap-os-troph-ic** \,a-pə-'strä-fik\ *adj*
**apostrophe** *n* [MF & LL; MF, fr. LL, fr. Gk *apostrophos*, fr. *apostrephein* turned away, fr. *apostrephein*] (1727) : a mark ' used to indicate the omission of letters or figures, the possessive case, or the plural of letters or figures — **apostrophic** *adj*
**apos-tro-phise** *Brit var of* APOSTROPHIZE
**apos-tro-phize** \ə-'päs-trə-,fīz\ *vb* -phized; -phiz-ing *vt* (1718) : to address by apostrophe ~ *vi* : to make use of apostrophe
**apoth-e-cary** \ə-'pä-thə-,ker-ē, -,ke-rē\ *n, pl* **-car-ies** [ME *apothecarie*, fr. LL *apothecarius*, fr. L *apotheca* storehouse, fr. Gk *apothēkē*, fr. *apotithenai* to put away, fr. *apo-* + *tithenai* to put — more at DO] (14c)  1 : one who prepares and sells drugs or compounds for medicinal purposes  2 : PHARMACY
**apothecaries' measure** *n* (ca. 1900) : a system of liquid units of measure used chiefly by pharmacists — called also *apothecary measure*
**apothecaries' weight** *n* (1765) : a system of weights used chiefly by pharmacists — called also *apothecary weight*; see WEIGHT table
**apo-the-ci-um** \,a-pə-'thē-sē-əm, -shē-\ *n, pl* **-cia** \-shē-ə, -sē-\ [NL, fr. Gk *apothēkion*] : a spore-bearing structure in many lichens and fungi in the form of a disk or cupped body bearing asci on the exposed flat or concave surface — **apo-the-cial** \-shē-əl, -sē-əl\ *adj*
**apo-thegm** \'a-pə-,them\ *n* [Gk *apophthegmat-*, *apophthegma*, fr. *apophthengesthai* to speak out, fr. *apo-* + *phthengesthai* to utter] (ca. 1587) : a short, pithy, and instructive saying or formulation : APHORISM — **apo-theg-mat-ic** \,a-pə-theg-'ma-tik\ *adj*
**apothem** \'a-pə-,them\ *n* [ISV *apo-* + *-them* (fr. Gk *thema* something laid down)] (ca. 1856) : the perpendicular from the center of a regular polygon to one of the sides

[Column 3]
**apo-the-o-sis** \ə-,pä-thē-'ō-səs, ,a-pə-'thē-ə-səs\ *n, pl* **-o-ses** \-,sēz\ [LL, fr. Gk *apotheōsis*, fr. *apotheoun* to deify, fr. *apo-* + *theos* god] (ca. 1580)  1 : elevation to divine status : DEIFICATION  2 : the perfect example : QUINTESSENCE ⟨this is the literary ~ of the shaggy dog story —Thomas Sutcliffe⟩ — **apo-the-o-size** \ə-,pä-thē-ə-,sīz, ,a-pə-'thē-ə-\ *vt*
**apo-tro-pa-ic** \,a-pə-trō-'pā-ik\ *adj* [Gk *apotropaios*, fr. *apotrepein* to avert, fr. *apo-* + *trepein* to turn] (1883) : designed to avert evil ⟨an ~ ritual⟩ — **apo-tro-pa-i-cal-ly** \-'pā-i-k(ə-)lē\ *adv*
**app** \'ap\ *n* (1987) : APPLICATION 1a(3)
**app** *abbr*  1 apparatus  2 appendix  3 appliance
**Ap-pa-la-chian** \,a-pə-'lā-ch(ē-)ən, -'la-, -sh(ē-)ən\ *n* (1949) : a white native or resident of the Appalachian mountain area
**Appalachian dulcimer** *n* (1962) : DULCIMER 2
**ap-pall** *also* **ap-pal** \ə-'pȯl\ *vb* **ap-palled; ap-pall-ing** [ME, fr. MF *apalir*, fr. OF, fr. *a-* (fr. L *ad-*) + *palir* to grow pale, fr. L *pallescere*, incho. of *pallere* to be pale — more at FALLOW] *vi* (14c) *obs* : WEAKEN, FAIL ~ *vt* : to overcome with consternation, shock, or dismay ⟨we were ~ed by his behavior⟩  *syn* see DISMAY
**ap-pall-ing** *adj* (1817) : inspiring horror, dismay, or disgust ⟨living under ~ conditions⟩ — **ap-pall-ing-ly** *adv*
**Ap-pa-loo-sa** \,a-pə-'lü-sə\ *n* [origin unknown] (1947) : any of a breed of rugged saddle horses developed in western No. America and usu. having a white or solid-colored coat with small spots



Appaloosa

**ap-pa-nage** *also* **ap-a-nage** \'a-pə-nij\ *n* [F *apanage*, fr. OF, fr. *apaner* to provide for a younger offspring, fr. ML *appanare*, fr. L *ad-* + *panis* bread — more at FOOD] (1602)  1 a : a grant (as of land or revenue) made by a sovereign or a legislative body to a dependent member of the royal family or a principal vassal  b : a rightful endowment or attribute  2 : a property or privilege appropriated to or by a person as something due
**ap-pa-rat** \'a-pə-,rat, ,ä-pə-'rät\ *n* [Russ] (1941) : APPARATUS 2
**ap-pa-rat-chik** \,ä-pə-'rä(t)-chik\ *n, pl* **-chiks** *also* **-chi-ki** \-chi-kē\ [Russ, fr. *apparat*] (1941)  1 : a member of a Communist apparat : a blindly devoted official, follower, or member of an organization (as a corporation or political party) ⟨a movie studio ~⟩
**ap-pa-ra-tus** \,a-pə-'ra-təs, -'rā-\ *n, pl* **-tus-es** *or* **-tus** [L, fr. *apparare* to prepare, fr. *ad-* + *parare* to prepare — more at PARE] (ca. 1628)  1 a : a set of materials or equipment designed for a particular use  b : a group of anatomical or cytological parts functioning together ⟨mitotic ~⟩  c : an instrument or appliance designed for a specific operation  2 : the functional processes by means of which a systematized activity is carried out ⟨the ~ of society⟩: as  a : the machinery of government  b : the organization of a political party or an underground movement
**ap-par-el** \ə-'per-əl, -'pa-rəl\ *vt* **-eled** *or* **-elled; -el-ing** *or* **-el-ling** [ME *appareillen*, fr. AF *apparailler* to prepare, fr. VL *appariculare*, fr. L *apparare*] (14c)  1 : to put clothes on : DRESS  2 : ADORN, EMBELLISH ⟨accused of ~ing the truth⟩
**apparel** *n* (1602)  1 : the equipment (as sails and rigging) of a ship  2 : personal attire : CLOTHING  3 : something that clothes or adorns ⟨the ~ of spring⟩
**ap-par-ent** \ə-'per-ənt, -'pa-rənt\ *adj* [ME, fr. AF *apparant*, fr. L *apparent-*, *apparens*, prp. of *apparēre* to appear] (14c)  1 : open to view : VISIBLE  2 : clear or manifest to the understanding  3 : appearing as actual to the eye or mind  4 : having an indefeasible right to succeed to a title or estate  5 : manifest to the senses or mind as real or true on the basis of evidence that may or may not be factually valid ⟨the air of spontaneity is perhaps more ~ than real —J. R. Sutherland⟩ — **ap-par-ent-ness** \-nəs\ *n*
*syn* APPARENT, ILLUSORY, SEEMING, OSTENSIBLE mean not actually being what appearance indicates. APPARENT suggests appearance to unaided senses that may or may not be borne out by more rigorous examination or greater knowledge ⟨the *apparent* cause of the accident⟩. ILLUSORY implies a false impression based on deceptive resemblance or faulty observation, or influenced by emotions that prevent a clear view ⟨an *illusory* sense of security⟩. SEEMING implies a character in the thing observed that gives it the appearance, sometimes through intent, of something else ⟨the *seeming* simplicity of the story⟩. OSTENSIBLE suggests a discrepancy between an openly declared or naturally implied aim or reason and the true one ⟨the *ostensible* reason for their visit⟩.  *syn* see in addition EVIDENT
**ap-par-ent-ly** \-lē\ *adv* (1566) : it seems apparent ⟨the window had ~ been forced open⟩ ⟨~, we're supposed to wait here⟩
**apparent magnitude** *n* (1785) : the luminosity of a celestial body (as a star) as observed from the earth — compare ABSOLUTE MAGNITUDE
**apparent time** *n* (1694) : the time of day indicated by the hour angle of the sun or by a sundial
**ap-pa-ri-tion** \,a-pə-'ri-shən\ *n* [ME *apparicioun*, fr. AF *aparicion*, fr. LL *apparition-*, *apparitio* appearance, fr. L *apparēre*] (15c)  1 a : an unusual or unexpected sight : PHENOMENON  b : a ghostly figure  2 : the act of becoming visible : APPEARANCE — **ap-pa-ri-tion-al** \-'rish-nəl, -'ri-shə-n^əl\ *adj*
**ap-par-i-tor** \ə-'per-ə-tər, -'pa-rə-\ *n* [L, fr. *apparēre*] (15c) : an official formerly sent to carry out the orders of a magistrate, judge, or court
**ap-peal** \ə-'pēl\ *n* [ME *appel*, fr. AF *apel*, fr. *apeler*] (13c)  1 : a legal proceeding by which a case is brought before a higher court for review of the decision of a lower court  2 : a criminal accusation  3 a : an application (as to a recognized authority) for corroboration, vindication, or decision  b : an earnest plea : ENTREATY ⟨an ~ for help⟩  c : an organized request for donations ⟨the annual ~⟩  4 : the power of

\ə\ *abut* \ə\ *kitten*, F *table* \ər\ *further* \a\ *ash* \ā\ *ace* \ä\ *mop, mar*
\au̇\ *out* \ch\ *chin* \e\ *bet* \ē\ *easy* \g\ *go* \i\ *hit* \ī\ *ice* \j\ *job*
\ŋ\ *sing* \ō\ *go* \ȯ\ *law* \ȯi\ *boy* \th\ *thin* \t̷h\ *the* \ü\ *loot* \u̇\ *foot*
\y\ *yet* \zh\ *vision, beige* \k, ⁿ, œ, ᴜᴇ, ᴖ\ *see Guide to Pronunciation*

# EXHIBIT D

# The American Heritage® Dictionary
## of the English Language

**FOURTH EDITION**



HOUGHTON MIFFLIN COMPANY
Boston   New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.   cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                             00-025369

Manufactured in the United States of America

**ap•os•po•ry** (ăp′ə-spôr′ē, -spōr′ē, ə-pŏs′pə-rē) *n.* The development of a gametophyte directly from a sporophyte without the occurrence of meiosis or spore formation. —**a•pos′por•ous** (ə-pŏs′pər-əs), **ap′o•spor′ic** (-spôr′ĭk, -spōr′-) *adj.*

**a•pos•ta•sy** (ə-pŏs′tə-sē) *n., pl.* **-sies** Abandonment of one's religious faith, a political party, one's principles, or a cause. [Middle English *apostasie*, from Old French, from Late Latin *apostasia*, defection, from Late Greek *apostasiā*, from Greek *apostasis*, revolt, from *aphistanai*, *apo-*, to revolt : *apo-*, apo- + *histanai*, to stand, place; see **stā-** in Appendix I.]

**a•pos•tate** (ə-pŏs′tāt′, -tĭt) *n.* One who has abandoned one's religious faith, a political party, one's principles, or a cause. [Middle English, from Old French, from Late Latin *apostata*, from Greek *apostatēs*, from *aphistanai*, to revolt. See APOSTASY.] —**a•pos′tate′** *adj.*

**a•pos•ta•tize** (ə-pŏs′tə-tīz′) *intr.v.* **-tized, -tiz•ing, -tiz•es** To abandon one's religious faith, a political party, one's principles, or a cause.

**a pos•te•ri•o•ri** (ä′ pō-stîr′ē-ôr′ē, -ôr′ī, -ōr′ē, -ōr′ī, ā′) *adj.* 1. Derived by or designating the process of reasoning from facts or particulars to general principles or from effects to causes; inductive; empirical. 2a. Knowable by appeal to experience. b. Knowable from experience. [Medieval Latin : Latin *a*, from + Latin *posteriori*, ablative of *posterior*, later.] —**a′ pos•te′ri•o′ri** *adv.*

**a•pos•tle** (ə-pŏs′əl) *n.* 1a. **Apostle** One of a group made up especially of the 12 disciples chosen by Jesus to preach the gospel. b. A missionary of the early Christian Church. c. A leader of the first Christian mission to a country or region. 2. One of the 12 members of the administrative council in the Mormon Church. 3a. One who pioneers an important reform movement, cause, or belief: *an apostle of conservation.* b. A passionate adherent; a strong supporter. [Middle English, from Old English *apostol* and from Old French *apostle*, both from Late Latin *apostolus*, from Greek *apostolos*, messenger, from *apostellein*, to send off : *apo-*, apo- + *stellein*, to send; see **stel-** in Appendix I.] —**a•pos′tle•hood′** *n.* —**a•pos′tle•ship′** *n.*

**Apostles' Creed** (ə-pŏs′əlz) *n.* A Christian creed traditionally ascribed to the 12 Apostles and used typically in public worship services in the West.

**a•pos•to•late** (ə-pŏs′tə-lāt′, -lĭt) *n.* 1. The office, duties, or mission of an apostle. 2. An association of individuals for the dissemination of a religion or doctrine. [Late Latin *apostolātus*, from *apostolus*, apostle. See APOSTLE.]

**ap•os•tol•ic** (ăp′ə-stŏl′ĭk) **ap•os•tol•i•cal** (-ĭ-kəl) *adj.* 1. Of or relating to an apostle. 2a. Of, relating to, from, or contemporary with the 12 Apostles. b. Of, relating to, or derived from the teaching or practice of the 12 Apostles. 3a. Of or relating to a succession of spiritual authority from the 12 Apostles, regarded by Anglicans, Roman Catholics, Eastern Orthodox, and some others to have been perpetuated by successive ordinations of bishops and to be requisite for valid orders and administration of sacraments. b. **Roman Catholic Church** Of or relating to the pope as successor of Saint Peter; papal. —**ap′os•tol′i•cal•ly** *adv.* —**ap′os•tol′i•ci•ty** (-stə-lĭs′ĭ-tē) *n.*

**apostolic delegate** *n.* **Roman Catholic Church** An ecclesiastical representative of the Vatican to a country having no formal diplomatic relations with it.

**Apostolic Father** (ăp′ə-stŏl′ĭk) *n.* A church father of the first or second century A.D. who was believed to have received personal instruction from the 12 Apostles or from their disciples.

**a•pos•tro•phe¹** (ə-pŏs′trə-fē) *n.* The superscript sign (′) used to indicate the omission of a letter or letters from a word, the possessive case, or the plurals of numbers, letters, and abbreviations. [French, from Late Latin *apostrophus*, from Greek *apostrophos*, from *apostrephein*, to turn away : *apo-*, apo- + *strephein*, to turn; see **streb(h)-** in Appendix I.] —**ap′os•troph′ic** (ăp′ə-strŏf′ĭk) *adj.*

**a•pos•tro•phe²** (ə-pŏs′trə-fē) *n.* The direct address of an absent or imaginary person or of a personified abstraction, especially as a digression in the course of a speech or composition. [Late Latin *apostrophē*, from Greek, from *apostrephein*, to turn away. See APOSTROPHE¹.] —**ap′os•troph′ic** (ăp′ə-strŏf′ĭk) *adj.*

**a•pos•tro•phize** (ə-pŏs′trə-fīz′) *tr. & intr.v.* **-phized, -phiz•ing, -phiz•es** To address by or speak or write in apostrophe.

**a•poth•e•car•ies' measure** (ə-pŏth′ĭ-kĕr′ēz) *n.* A system of liquid volume measure used in pharmacy. It has been largely replaced by measures of the metric system.

**apothecaries' weight** *n.* A system of weights used in pharmacy based on an ounce equal to 480 grains and a pound equal to 12 ounces. It has been largely replaced by measures of the metric system.

**a•poth•e•car•y** (ə-pŏth′ĭ-kĕr′ē) *n., pl.* **-ies** 1. One that prepares and sells drugs and other medicines; a pharmacist. 2. See **pharmacy** (sense 3). [Middle English *apotecarie*, from Old French *apotecaire* and from Medieval Latin *apothēcārius*, both from Late Latin, clerk, from *apothēca*, storehouse, from Greek *apothēkē* : *apo-*, away; see APO- + *thēkē*, receptacle; see **dhē-** in Appendix I.]

**a•po•the•ci•um** (ăp′ə-thē′sē-əm, -shē-) *n., pl.* **-ci•a** (-sē-ə, -shē-ə) A disk-shaped or cup-shaped ascocarp of some lichens and the fungi order Pezizales. [From Latin *apothēca*, storehouse. See APOTHECARY.] —**ap′o•the′cial** (-shəl) *adj.*

**ap•o•thegm** also **ap•o•phthegm** (ăp′ə-thĕm′) *n.* A terse, witty, instructive saying; a maxim. [Greek *apophthegma*, from *apophthengesthai*, to speak plainly : *apo-*, intensive pref.; see APO- + *phthengesthai*, to speak.] —**ap′o•theg•mat′ic** (-thĕg-măt′ĭk), **ap′o•theg•mat′i•cal** (-ĭ-kəl) *adj.* —**ap′o•theg•mat′i•cal•ly** *adv.*

**ap•o•them** (ăp′ə-thĕm′) *n.* The perpendicular distance from the center of a regular polygon to any of its sides. [APO- + Greek *thema*, something laid down; see THEME.]

**a•poth•e•o•sis** (ə-pŏth′ē-ō′sĭs, ăp′ə-thē′ə-sĭs) *n., pl.* **-ses** (-sēz′) 1. Exaltation to divine rank or stature; deification. 2. Elevation to a preeminent or transcendent position; glorification: "*Many observers have tried to attribute Warhol's current apotheosis to the subversive power of artistic vision*" (Michiko Kakutani). 3. An exalted or glorified example: *Their leader was the apotheosis of courage.* [Late Latin *apotheōsis*, from Greek, from *apotheoun*, to deify : *apo-*, change; see APO- + *theos*, god; see **dhēs-** in Appendix I.]

**a•poth•e•o•size** (ăp′ə-thē′ə-sīz′, ə-pŏth′ē-ə-sīz′) *tr.v.* **-sized, -siz•ing, -siz•es** To glorify; exalt.

**ap•o•tro•pa•ic** (ăp′ə-trō-pā′ĭk) *adj.* Intended to ward off evil: *an apotropaic symbol.* [From Greek *apotropaios*, from *apotrepein*, to ward off : *apo-*, apo- + *trepein*, to turn; see **trep-** in Appendix I.] —**ap′o•tro•pa′i•cal•ly** *adv.*

**app** (ăp) *n. Informal* A computer application. [Short for APPLICATION.]

**Ap•pa•la•chi•a** (ăp′ə-lā′chē-ə, -chə, -lăch′ē-ə, -lăch′ə) A region of the eastern United States including the Appalachian Mountains.

**Ap•pa•la•chi•an dulcimer** (ăp′ə-lā′chē-ən, -chən, -lăch′ē-ən, -lăch′ən) *n.* See **dulcimer** (sense 1).

**Appalachian Mountains** also **Ap•pa•la•chi•ans** (ăp′ə-lā′chē-ənz, -chənz, -lăch′ē-ənz, -lăch′ənz) A mountain system of eastern North America extending about 2,574 km (1,600 mi) southwest from Newfoundland, New Brunswick, and southern Quebec, Canada, to central Alabama. The range includes the Allegheny, Blue Ridge, and Cumberland mountains. Mount Mitchell in western North Carolina is the highest peak, rising to 2,038.6 m (6,684 ft).

**Appalachian tea** *n.* 1. See **withe rod.** 2. See **inkberry** (sense 1).

**Appalachian Trail** A hiking path of the eastern United States extending about 3,298 km (2,050 mi) from Mount Katahdin in central Maine to Springer Mountain in northern Georgia. It is the world's longest continuous mountain trail.

**ap•pall** (ə-pôl′) *tr.v.* **-palled, -pall•ing, -palls** To fill with consternation or dismay. See synonyms at **dismay.** [Middle English *apallen*, to grow faint, from Old French *apalir* : *a-*, to (from Latin *ad-*; see AD-) + *palir*, to grow pale (from *pale*, pale, from Latin *pallidus*, from *pallēre*, to grow pale; see **pel-¹** in Appendix I).]

**ap•pall•ing** (ə-pô′lĭng) *adj.* Causing consternation or dismay; frightful: *appalling working conditions; appalling violence.* —**ap•pall′ing•ly** *adv.*

**Ap•pa•loo•sa** (ăp′ə-lōō′sə) *n.* A breed of saddle horse developed in northwest North America, characteristically having a spotted rump. [Perhaps from alteration of *Opelousas*, city of southern Louisiana.]

**ap•pa•nage** also **ap•a•nage** (ăp′ə-nĭj) *n.* 1. A source of revenue, such as land, given by a sovereign for the maintenance of a member of the ruling family. 2. Something extra offered to or claimed by a party as due; a perquisite: *The leaders of the opposition party agreed to accept another government's appanages, and in doing so became an officially paid agency of a foreign power.* 3. A rightful or customary accompaniment or adjunct. [French *apanage*, from Old French, from *apaner*, to make provisions for, possibly from Medieval Latin *appānāre* : Latin *ad-*, ad- + Latin *pānis*, bread; see **pā-** in Appendix I.]

**ap•pa•rat** (ăp′ə-răt′, ä′pə-rät′) *n.* See **apparatus** (sense 2). [Russian, the government organization or staff, from German *Apparat*, a political organization, from Latin *apparātus*, preparation. See APPARATUS.]

**ap•pa•ra•tchik** (ä′pə-rä′chĭk) *n., pl.* **-tchiks** or **-tchi•ki** (-chĭ-kē) 1. A member of a Communist apparat. 2. An unquestioningly loyal subordinate, especially of a political leader or organization. [Russian, from *apparat*, apparat. See APPARAT.]

**ap•pa•ra•tus** (ăp′ə-răt′əs, -rā′təs) *n., pl.* **apparatus** or **-us•es** 1a. An appliance or device for a particular purpose: *an x-ray apparatus.* b. An integrated group of materials or devices used for a particular purpose: *dental apparatus.* See synonyms at **equipment.** 2a. The totality of means by which a designated function is performed or a specific task executed, as in a system of government. b. A political organization or an underground political movement. Also called *apparat.* 3. **Physiology** A group or system of organs that collectively perform a specific function or process: *the respiratory apparatus; the digestive apparatus.* 4. The critical and source material that accompanies an edition of a text. [Latin *apparātus*, preparation, from past participle of *apparāre*, to prepare : *ad-*, ad- + *parāre*, to prepare; see **perə-¹** in Appendix I.]

**ap•par•el** (ə-păr′əl) *n.* 1. Clothing, especially outer garments; attire. 2. A covering or adornment: *trees with their apparel of foliage.* ✦ *tr.v.* **-eled, -el•ing, -els** or **-elled, -el•ling, -els** 1. To clothe or dress. 2. To adorn or embellish. [Middle English *appareil*, from Old French *apareil*, preparation, from *apareillier*, to prepare, possibly from Vulgar Latin *appāriculāre*, from Latin *apparāre*. See APPARATUS.]

**ap•par•ent** (ə-păr′ənt, ə-pâr′-) *adj.* 1. Readily seen; visible. 2. Readily understood; clear or obvious. 3. Appearing as such but not necessarily so; seeming: *an apparent advantage.* [Middle English, from Old French *aparant*, present participle of *aparoir*, to appear. See APPEAR.] —**ap•par′ent•ly** *adv.* —**ap•par′ent•ness** *n.*

*Synonyms* **apparent, clear, clear-cut, distinct, evident, manifest, obvious, patent, plain** These adjectives mean readily seen, perceived, or understood: *angry for no apparent reason; a clear danger; a clear-cut evidence of tampering; distinct fingerprints; evident hostility; manifest pleasure; obvious errors; patent advantages; making my meaning plain.*

*Usage Note* Used before a noun, *apparent* means "seeming": *For all his apparent wealth, Pat had no money to pay the rent.* Used after a form of the verb *be*, however, *apparent* can mean either "seeming" (as in *His*



**Appaloosa**

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

85