UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                                           :
National Starch and Chemical Investment                    :
Holding Corporation,                                       :
Penford Australia Ltd. and                                 :
Penford Holdings Pty,                                      :
                                                           :
                Plaintiffs,                       :
                                                           :
      v.                                                 :   Civil Action No. 04-1443-GMS
                                                           :
Cargill Corporation and                                    :
MGP Ingredients, Inc.                                      :
                Defendants.                       :
                                                           :
-----------------------------------------------------------x

**DECLARATION OF ANDREW A. LUNDGREN IN SUPPORT OF
PLAINTIFFS' ANSWERING BRIEF ON CLAIM CONSTRUCTION**

                      Josy W. Ingersoll (No. 1088)
                      Karen E. Keller (No. 4489)
                      Andrew A. Lundgren (No. 4429)
                      YOUNG CONAWAY STARGATT & TAYLOR, LLP
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      (302) 571-6672
                      jingersoll@ycst.com
                      *Attorneys for Plaintiffs National Starch and Penford*

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: October 7, 2005

I, Andrew A. Lundgren, declare as follows:

1. I am an attorney representing Plaintiffs National Starch and Chemical Investment Holding Corporation, Penford Australia Ltd., and Penford Holdings Pty. I make this declaration in support of Plaintiffs' Reply Brief on Claim Construction.

2. Attached hereto as Exhibit A is a true and correct copy of Application No. 08/967,826 for U.S. Patent No. 6,409,840.

3. Attached hereto as Exhibit B is a true and correct copy of Application No. 08/815,763 for U.S. Patent No. 5,977,454.

4. Attached hereto as Exhibit C is a true and correct copy of Application No. 08/967,826 for U.S. Patent No. 5,714,600.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Andrew A. Lundgren*
>Josy W. Ingersoll (No. 1088)
>Karen E. Keller (No. 4489)
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on October 7, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Thomas Lee Halkowski, Esquire
>Fish & Richardson PC
>919 North Market Street, Suite 1100
>Wilmington, DE 19801

I further certify that on October 7, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Gregory Madera, Esquire
>Fish & Richardson P.C.
>225 Franklin Street
>Boston, MA 02110

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>_____
>Josy W. Ingersoll (No. 1088)
>Karen E. Keller (No. 4489)
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>
>*Attorneys for Plaintiffs*

DB01:1593597.1