IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| National Starch and Chemical Investment Holding Corporation, Penford Australia Ltd. And Penford Holdings Pty, <br><br>      Plaintiffs, <br><br>      v. <br><br>Cargill Corporation and MGP Ingredients, Inc., <br><br>      Defendants. | ) ) ) ) ) Civil Action No. 04-1443 ) ) ) ) ) ) ) ) |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of Jerry Canada to represent the plaintiffs in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

                                              YOUNG CONAWAY STARGATT
                                                & TAYLOR, LLP

                                          /s/ Josy W. Ingersoll by Danielle Gibbs (No. 3698)
                                          Josy W. Ingersoll (No. 1088)
                                          Andrew A. Lundgren (No. 4429)
                                          The Brandywine Building
                                          1000 West Street, 17th Floor
                                          Wilmington, Delaware 19801
                                          (302) 571-6600
                                          alundgren@ycst.com

Dated: November 1, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Jerry Canada, is GRANTED.

      Date: _____, 2005

                        _____
                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
National Starch and Chemical Investment :
Holding Corporation, :
Penford Australia Ltd. and :
Penford Holdings Pty, :
:
                Plaintiffs, :
:
      v. : Civil Action No. 1:04-cv-1443
:
Cargill Corporation and :
MGP Ingredients, Inc. :
                Defendants. :
:
------------------------------------------------------------x

**CERTIFICATION BY JERRY CANADA
TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of

Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____
Jerry Canada
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Date: 11/1/05

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, hereby certify that on November 1, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Thomas Lee Halkowski, Esquire
>   Fish & Richardson PC
>   919 North Market Street, Suite 1100
>   Wilmington, DE 19801

I further certify that on November 1, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>   **BY E-MAIL**
>
>   Gregory Madera, Esquire
>   Fish & Richardson P.C.
>   225 Franklin Street
>   Boston, MA 02110

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____ by Danielle Gibbs
Josy W. Ingersoll (No. 1088)        (No. 3698)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Plaintiffs*

DB01:1593597.1