IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
National Starch and Chemical Investment                        :
Holding Corporation,                                           :
Penford Australia Ltd. and                                     :
Penford Holdings Pty,                                          :
                                                               :
                Plaintiffs,                                :
                                                               :
                v.                                         :  Civil Action No. 04-1443-GMS
                                                               :
Cargill Corporation and                                        :
MGP Ingredients, Inc.                                          :
                Defendants.                                :
                                                               :
---------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that on November 4, 2005 copies of (1) Plaintiffs' Second Set of Requests for Production of Documents and Things (3-90), (2) Plaintiffs' First Set of Interrogatories to Cargill Corporation (1-11), (3) Plaintiffs' First Set of Interrogatories to MGP Ingredients, Inc. (1-11), and (4) Plaintiffs' Second Set of Requests for Production of Documents and Things (3-90) were caused to be served on the following counsel of record in the manner indicated:

    **BY DHL COURIER**

    Michael Florey, Esq.
    Fish & Richardson P.C., P.A.
    3300 Dain Rauscher Plaza
    60 South Street
    Minneapolis, MN 55402

PLEASE TAKE FURTHER NOTICE that on November 8, 2005, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>Thomas L. Halkowski, Esq.
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, Delaware 19801

Additionally, I further certify that on November 8, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated

**BY FEDERAL EXPRESS**

>Michael Florey, Esq.
>Fish & Richardson P.C., P.A.
>3300 Dain Rauscher Plaza
>60 South Street
>Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: November 8, 2005

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
kkeller@ycst.com
Attorneys for Plaintiffs

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
Kenyon & Kenyon
One Broadway
New York, New York 10004-1050
(212) 425-7200