IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>      Plaintiffs,<br><br>  v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>      Defendants. | C.A. No. 04-1443-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 7, 2005, a true and correct copy of **DEFENDANT CARGILL, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-11)** and **DEFENDANT MGP INGREDIENTS, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-11)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |
| **VIA FEDERAL EXPRESS**<br>Richard L. DeLucia<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

Dated: December 7, 2005         FISH & RICHARDSON P.C.


                                By: /s/ *Sean P. Hayes*
                                    Thomas L. Halkowski (#4099)
                                    Sean P. Hayes (#4413)
                                    919 N. Market Street, Suite 1100
                                    P.O. Box 1114
                                    Wilmington, DE 19899-1114
                                    Telephone: (302) 652-5070
                                    Facsimile: (302) 652-0607

                                *Attorneys for Defendants*
                                *Cargill, Incorporated and MGP Ingredients, Inc.*


80028719.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

I hereby certify that on December 7, 2005, I have mailed by via Federal Express, the document(s) to the following non-registered participant:

| | |
|---|---|
| Richard L. DeLucia<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

/s/ *Sean P. Hayes*
Sean P. Hayes

80028719.doc