IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>                Plaintiffs,<br><br>   v.<br><br>CARGILL, INC. and<br>MGP INGREDIENTS, INC.,<br><br>                Defendants. | C.A. No. 04-1443-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 7, 2005, a true and correct copy of **DEFENDANT CARGILL, INC.'S RESPONSE TO PLAINTIFFS' SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 3-90)** and **DEFENDANT MGP INGREDIENTS, INC.'S RESPONSE TO PLAINTIFFS' SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 3-90)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs*
*National Starch and Chemical*
*investment Holding Corporation,*
*Penford Australia Ltd., and Penford*
*Holding Pty*

**VIA FEDERAL EXPRESS**  
Richard L. DeLucia  
Kenyon & Kenyon  
One Broadway  
New York, NY 10004  

*Attorneys for Plaintiffs*  
*National Starch and Chemical*  
*Investment Holding Corporation,*  
*Penford Australia Ltd., and Penford*  
*Holding Pty*

Dated: December 7, 2005        FISH & RICHARDSON P.C.

By:  /s/ *Sean P. Hayes*
        Thomas L. Halkowski (#4099)
        Sean P. Hayes (#4413)
        919 N. Market Street, Suite 1100
        P.O. Box 1114
        Wilmington, DE 19899-1114
        Telephone: (302) 652-5070
        Facsimile: (302) 652-0607

*Attorneys for Defendants*
*Cargill, Incorporated and MGP Ingredients, Inc.*

80028716.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building, 17th Floor  
1000 West Street  
P.O. Box 391  
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs*  
*National Starch and Chemical*  
*Investment Holding Corporation,*  
*Penford Australia Ltd., and Penford*  
*Holding Pty*

I hereby certify that on December 7, 2005, I have mailed by via Federal Express, the document(s) to the following non-registered participant:

Richard L. DeLucia  
Kenyon & Kenyon  
One Broadway  
New York, NY 10004

*Attorneys for Plaintiffs*  
*National Starch and Chemical*  
*Investment Holding Corporation,*  
*Penford Australia Ltd., and Penford*  
*Holding Pty*

/s/ *Sean P. Hayes*  
Sean P. Hayes

80028716.doc