IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATIONAL STARCH AND CHEMICAL
INVESTMENT HOLDING
CORPORATION, PENFORD
AUSTRALIA LTD., and PENFORD
HOLDINGS PTY,

                     Plaintiffs,

    v.

CARGILL, INC. and
MGP INGREDIENTS, INC.,

                    Defendants.

C.A. No. 04-1443-GMS

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 27, 2005, a true and correct copy of

**DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF**

**DOCUMENTS AND THINGS PROPOUNDED ON PLAINTIFFS (Nos. 98-100)** and

**DEFENDANTS' SECOND SET OF INTERROGATORIES (Nos. 11-14)** were

caused to be served on the attorneys of record, at the following addresses and in the

manner indicated:

**VIA HAND DELIVERY**
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

*Attorneys for Plaintiffs*
*National Starch and Chemical*
*investment Holding Corporation,*
*Penford Australia Ltd., and Penford*
*Holding Pty*

**VIA FEDERAL EXPRESS**
Richard L. DeLucia
Kenyon & Kenyon
One Broadway
New York, NY 10004

*Attorneys for Plaintiffs*
*National Starch and Chemical*
*Investment Holding Corporation,*
*Penford Australia Ltd., and Penford*
*Holding Pty*

Dated:  December 27, 2005          **FISH & RICHARDSON P.C.**


By:  */s/ John F. Horvath*
     Thomas L.  Halkowski (#4099)
     John F. Horvath (#4557)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE 19899-1114
     Telephone:  (302) 652-5070
     Facsimile:  (302) 652-0607

*Attorneys for Defendants*
*Cargill, Incorporated and MGP Ingredients, Inc.*

80029115.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2005, I electronically filed the attached

**NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send

notification of such filing(s) to the following individual.  A copy of this document was

also hand delivered on this date.

Josy W. Ingersoll                                     *Attorneys for Plaintiffs*
Young Conaway Stargatt & Taylor, LLP     *National Starch and Chemical*
The Brandywine Building, 17th Floor          *Investment Holding Corporation,*
1000 West Street                                     *Penford Australia Ltd., and Penford*
P.O. Box 391                                           *Holding Pty*
Wilmington, DE  19899-0391


I hereby certify that on December 27, 2005, I have mailed by via Federal Express,

the document(s) to the following non-registered participant:

Richard L. DeLucia                  *Attorneys for Plaintiffs*
Kenyon & Kenyon                   *National Starch and Chemical*
One Broadway                        *Investment Holding Corporation,*
New York, NY 10004               *Penford Australia Ltd., and Penford*
                                             *Holding Pty*


*/s/ John F. Horvath*
John F. Horvath

80029115.doc