IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD. and PENFORD HOLDINGS PTY, <br><br> Plaintiffs, <br><br> v. <br><br> CARGILL, INC. and MGP INGREDIENTS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 04-1443-GMS ) ) ) ) ) ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Amy Feinsilver Bersh and Kent P. Herman to represent Plaintiffs in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
Attorneys for Plaintiffs

Date: January 6, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2005          _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Amy Feinsilver Bersh
Kenyon & Kenyon, LLP
One Broadway
New York, NY 10004
212-425-7200

Date: January 4, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Kent P. Herman
Kenyon & Kenyon, LLP
One Broadway
New York, NY 10004
212-425-7200


Date: January 4, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on January 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Thomas L. Halkowski, Esq.
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, Delaware 19801

I further certify that on January 6, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Michael Florey, Esq.
>Fish & Richardson P.C., P.A.
>3300 Dain Rauscher Plaza
>60 South Street
>Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiffs*

DB01:1908201.1                                                     063631.1001