IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
National Starch and Chemical Investment :
Holding Corporation, :
Penford Australia Ltd. and :
Penford Holdings Pty, :
:
               Plaintiffs, :
:
        v. : Civil Action No. 1:04-cv-1443
:
Cargill Corporation and :
MGP Ingredients, Inc. :
               Defendants. :
:
---------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that on January 13, 2006, copies of (1) Plaintiffs' Second Set of Interrogatories to Defendants (12-21), (2) Plaintiffs' Third Set of Requests for Production of Documents and Things (91-92), (3) Plaintiffs' First Set of Requests for Admission to Cargill Corporation (1-31), and (4) Plaintiffs' First Set of Requests for Admission to MPG Ingredients, Inc. (1-32) were caused to be served on the following counsel of record the manner indicated:

    **BY HAND DELIVERY**

        Thomas L. Halkowski, Esq.
        Fish & Richardson, P.C.
        919 N. Market Street, Suite 1100
        Wilmington, Delaware 19801

    **BY FEDERAL EXPRESS**

        Michael Florey, Esq.
        Fish & Richardson P.C., P.A.

3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

PLEASE TAKE FURTHER NOTICE that on January 13, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

Thomas L. Halkowski, Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19801

Additionally, I further certify that on January 13, 2006, I caused a copy of the foregoing documents to be served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Michael Florey, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: January 13, 2006

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
kkeller@ycst.com

DB01:1617538.1                                                      063631.1001

                        Attorneys for Plaintiffs

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
Kenyon & Kenyon
One Broadway
New York, New York 10004-1050
(212) 425-7200