IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                          :
National Starch and Chemical Investment   :
Holding Corporation,                      :
Penford Australia Ltd., and               :
Penford Holdings Pty.,                    :
                                          :
                    Plaintiffs,           :
                                          :
                                          :
            v.                            :   Civil Action No. 1:04-cv-1443
                                          :
                                          :
Cargill Corporation                       :
MGP Ingredients, Inc.                     :
                    Defendants            :
                                          :
------------------------------------------------------------X
```

## NOTICE OF DEPOSITION OF CHRISTOPHER SIKORSKI

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff

National Starch and Chemical Investment Holding Corp. ("National Starch") will take the

deposition upon oral examination of Christopher Sikorski commencing on February 8th , 2006, at

9:30 am, at the offices of Kenyon & Kenyon LLP, One Broadway, New York, New York 10004,

or at such other date, time and location as mutually agreed between the parties, and continuing

from day to day until completed, before a Notary Public or other officer duly authorized to

administer oaths.  The oral examination will be recorded stenographically and may also be

videotaped pursuant to Fed. R. Civ. P. 30.

You are invited to attend and cross-examine.

January 27, 2006                    By:

Josy W. Ingersoll (ID #1088)
Karen E. Keller (ID #4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West St.
Wilmington, Delaware 19801
(302) 571-6672

Richard. L. DeLucia
Paul M. Richter, Jr.
Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050

(212) 425-7200
Attorneys for Plaintiffs
National Starch and Penford

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on January 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Thomas L. Halkowski, Esq.
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, Delaware 19801

I further certify that on January 27, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Michael Florey, Esq.
> Fish & Richardson P.C., P.A.
> 3300 Dain Rauscher Plaza
> 60 South Street
> Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiffs*