IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
National Starch and Chemical Investment :
Holding Corporation, :
Penford Australia Ltd., and :
Penford Holdings Pty., :
:
      Plaintiffs, :
:
      v. : Civil Action No. 1:04-cv-1443
:
Cargill Corporation :
MGP Ingredients, Inc. :
      Defendants :
:
---------------------------------------------------------------x

**NOTICE OF DEPOSITION OF WILLIAM KVANISCA**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff National Starch and Chemical Investment Holding Corp. ("National Starch") will take the deposition upon oral examination of William Kvanisca commencing on February 9th, 2006, at 9:30 am, at the offices of Kenyon & Kenyon LLP, One Broadway, New York, New York 10004, or at such other date, time and location as mutually agreed between the parties, and continuing from day to day until completed, before a Notary Public or other officer duly authorized to administer oaths. The oral examination will be recorded stenographically and may also be videotaped pursuant to Fed. R. Civ. P. 30.

      You are invited to attend and cross-examine.

January 27, 2006          By:  /s/ Karen E. Keller
                               Josy W. Ingersoll (ID #1088)
                               Karen E. Keller (ID #4489)
                               YOUNG CONAWAY STARGATT & TAYLOR, LLP
                               The Brandywine Building
                               1000 West St.
                               Wilmington, Delaware 19801
                               (302) 571-6672

                               Richard. L. DeLucia
                               Paul M. Richter, Jr.
                               Jerry Canada
                               KENYON & KENYON, LLP
                               One Broadway
                               New York, New York 10004-1050
                               (212) 425-7200

                               Attorneys for Plaintiffs
                               National Starch and Penford

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on January 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Thomas L. Halkowski, Esq.
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, Delaware 19801

I further certify that on January 27, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Michael Florey, Esq.
>Fish & Richardson P.C., P.A.
>3300 Dain Rauscher Plaza
>60 South Street
>Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiffs*

DB01:1908201.1                                                                                                           063631.1001