IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD, and PENFORD HOLDINGS PTY,<br><br>     Plaintiffs,<br><br> v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>     Defendants. | C.A. No. 04-1443-GMS |

**DEFENDANTS CARGILL, INC. AND MGP INGREDIENTS, INC.'S
MOTION FOR LEAVE TO FILE FIRST AMENDED
ANSWERS AND COUNTERCLAIMS**

   Defendants Cargill, Inc. and MGP Ingredients, Inc. move pursuant to Rules 13 and 15 of the Federal Rules of Civil Procedure to amend their Answers and Counterclaims. The reasons for Defendants' motion to amend are fully set forth in the Opening Brief in Support of Defendants Cargill, Inc. and MGP Ingredients, Inc.'s Motion for Leave to File First Amended Answers and Counterclaims filed herewith.

   Copies of Defendants' Amended Answers and Counterclaims are attached hereto as Exhibit A. Blacklined copies of the Amended Answers and Counterclaims showing changes from the original documents are attached hereto at Exhibit B.

   WHEREFORE, Defendants request that the Court grant this motion to amend.

Dated: February 1, 2006               FISH & RICHARDSON P.C.


                                      By: /s/ *Thomas L. Halkowski*
                                          Thomas L. Halkowski (#4099)
                                          919 N. Market Street, Suite 1100
                                          P.O. Box 1114
                                          Wilmington, DE 19899-1114
                                          Telephone: (302) 652-5070
                                          Facsimile: (302) 652-0607

                                      Attorneys for Defendants
                                      Cargill, Inc. and MGP Ingredients, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2006, I electronically filed with the Clerk of Court **DEFENDANTS CARGILL, INC. AND MGP INGREDIENTS, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWERS AND COUNTERCLAIMS** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*National Starch and Penford* |

I hereby certify that on February 1, 2006, I mailed via Federal Express, the document to the following:

| | |
|---|---|
| Richard L. DeLucia<br>Paul M. Richter, Jr.<br>Jerry Canada<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs*<br>*National Starch and Penford* |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80029844.doc