IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>                    Defendants. | C.A. No. 04-1443-GMS |

**[PROPOSED] ORDER GRANTING
CARGILL, INC. AND MGP INGREDIENTS, INC.'S
MOTION FOR LEAVE TO FILE FIRST
AMENDED ANSWERS AND COUNTERCLAIMS**

**AND NOW**, the Court, having considered the issues raised in Cargill, Inc. and MGP Ingredients, Inc.'s Motion for Leave to File First Amended Answers and Counterclaims and any response thereto;

**IT IS HEREBY ORDERED** that the Motion is GRANTED. The Amended Complaints and Counterclaims attached as Exhibit A to Defendants' Motion are deemed filed upon entry of this Order.

**SO ORDERED,** this _____ day of February 2006.

_____
United States District Court Judge