IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATIONAL STARCH AND CHEMICAL
INVESTMENT HOLDING
CORPORATION, PENFORD
AUSTRALIA LTD., and PENFORD
HOLDINGS PTY,

               Plaintiffs,

     v.

CARGILL, INC. and
MGP INGREDIENTS, INC.,

               Defendants.

C.A. No. 04-1443-GMS

**DEFENDANTS' SECOND RULE 30(b)(6)**
**NOTICE OF DEPOSITION TO PLAINTIFFS**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal

Rules of Civil Procedure, Defendants will take deposition on oral examination of

National Starch and Chemical Investment Holding Corporation, Penford Australia Ltd.,

and Penford Holdings Pty. (collectively "Plaintiffs") on February 13, 2006, continuing

day to day until completed, at the offices of Kenyon & Kenyon, One Broadway, New

York, New York 10004. Plaintiffs shall designate one or more officers, directors or

managing agents, or other persons who have knowledge of and will consent to testify on

behalf of Plaintiffs with respect to the topics listed in Exhibit A. The deposition shall be

recorded by a stenographer duly authorized to administer oaths and will be videotaped.

You are invited to attend and cross-examine.

1

## EXHIBIT A – TOPICS FOR EXAMINATION

26.    Between 1980 and the present, the identity and amylose content of all hybrid seed lines used to produce grain from which Hylon VII has been produced.


27.    Between 1980 and the present, the amylose content of Hylon VII as measured by National Starch, and the test method(s) used to make such measurement(s).


28.    Identification of any documents related to Topics 26 and 27.

Dated:  February 2, 2006          FISH & RICHARDSON P.C.


By:  s/ Thomas L. Halkowski
     Thomas L.  Halkowski (#4099)
     John F. Horvath (#4557)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE 19899-1114
     Telephone:  (302) 652-5070
     Facsimile:  (302) 652-0607

     Michael E. Florey
     FISH & RICHARDSON P.C., P.A.
     60 South Sixth Street
     Suite 3300
     Minneapolis, MN 55402
     Telephone:  (612) 335-5070
     Facsimile:   (612) 288-9696


*Attorneys for Defendants*
*Cargill, Incorporated and MGP Ingredients, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2006 I electronically filed **DEFENDANTS'**

**SECOND RULE 30(b)(6) NOTICE OF DEPOSITION TO PLAINTIFFS** with the

Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to

the following Delaware counsel.  In addition, the filing will also be sent via hand

delivery:


Josy W. Ingersoll                                      *Attorneys for Plaintiffs*
Young Conaway Stargatt & Taylor, LLP    *National Starch and Chemical*
The Brandywine Building, 17th Floor          *Investment Holding Corporation,*
1000 West Street                                        *Penford Australia Ltd., and Penford*
P.O. Box 391                                              *Holding Pty*
Wilmington, DE  19899-0391


I hereby certify that on February 2, 2006, I have mailed by Federal Express, the

document(s) to the following non-registered participants:

Richard L. DeLucia                     Attorneys for Plaintiffs
Kenyon & Kenyon                      National Starch & Chemical Investment
One Broadway                            Holding Corporation, Penford Australia
New York, NY 10004                 Ltd., and Penford Holding Pty,



                                     s/ Thomas L. Halkowski
                                     Thomas L. Halkowski