IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
National Starch and Chemical Investment                        :
Holding Corporation,                                           :
Penford Australia Ltd. and                                     :
Penford Holdings Pty,                                          :
                                                               :
                            Plaintiffs,                        :
                                                               :
                v.                                             :   Civil Action No. 1:04-cv-1443
                                                               :
Cargill Corporation and                                        :
MGP Ingredients, Inc.                                          :
                            Defendants.                        :
                                                               :
---------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that on February 1, 2006, copies of Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories (Nos. 11-14) were caused to be served on the following counsel of record the manner indicated:

**BY E-MAIL AND FIRST CLASS MAIL**

Michael Florey, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

PLEASE TAKE FURTHER NOTICE that on February 3, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>Thomas L. Halkowski, Esq.
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, Delaware  19801

Additionally, I further certify that on February 3, 2006, I caused a copy of the foregoing documents to be served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Michael Florey, Esq.
>Fish & Richardson P.C., P.A.
>3300 Dain Rauscher Plaza
>60 South Street
>Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: February 3, 2006

Josy W. Ingersoll (#1088)
Monté T. Squire (#4764)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
kkeller@ycst.com
Attorneys for Plaintiffs

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
Kenyon & Kenyon LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200