# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 9, 2006

**BY CM/ECF AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re: National Starch v. Cargill Inc., et al., C.A. No. 04-1443-GMS

Dear Judge Sleet:

    We write on behalf of Plaintiffs National Starch and Penford regarding an impending discovery and schedule change issue that may arise in light of Defendants' February 1, 2006 motion for leave to amend their answers and counterclaims.

    Both fact and expert discovery are rapidly coming to a close. Pursuant to the Scheduling Order entered by the Court, fact discovery ends next week, Wednesday, February 15, 2006. Opening Expert reports must be served on March 1, 2006 and responsive expert reports are to be served on March 20, 2006.

    Despite this, Defendants have petitioned the court for leave to amend their answers and counterclaims in order to add new claims of inequitable conduct and unfair competition. Plaintiffs strongly believe that there is no merit to Defendants' motion and that the Court should deny Defendants' request for leave to amend, which was filed more than four months after the September 30, 2005 deadline for amending pleadings mandated by the Scheduling Order. Plaintiffs have filed a brief opposing this motion today that more fully explains Plaintiffs' position.

    Further, if the Court decides to grant Defendants' motion, it will be impossible for Plaintiffs to complete fact and expert discovery and properly respond to and defend against the

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
February 9, 2006
Page 2

new allegations under the current Scheduling Order. Addition of the inequitable conduct and unfair competition claims will import a number of new issues into the case, including subjective issues of intent as well as defendants' alleged harm resulting from the claimed unfair competition, that have not yet been subject to fact discovery. Moreover, it will not be possible to locate and prepare new experts to deal with these proposed claims before the March 1st expert report deadline.

   We are not sure how to proceed with regard to this problem, but in light of the potential impact on the current schedule posed by the motion to amend, and in light of the Court's suggestion that we contact chambers earlier rather than later when scheduling issues arise, we were hopeful that Your Honor would consider scheduling a teleconference in the near future so as to decide how to proceed. In any event, we would be appreciative of the Court's guidance on this issue.

            Respectfully submitted,

            *Josy W. Ingersoll by Chad Stover*

            Josy W. Ingersoll (No. 1088)

JWI:cg
cc: Clerk of the Court - by CM/ECF and hand delivery
   Thomas L. Halkowski, Esquire - by CM/ECF and hand delivery
   Gregory Madera, Esquire - by e-mail
   Michael Florey, Esquire - by e-mail
   Richard L. DeLucia, Esquire - by e-mail

DB01:1990386.1                             063631.1001