IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY, <br><br> Plaintiffs, <br><br> v. <br><br> CARGILL, INC. and MGP INGREDIENTS, INC., <br><br> Defendants. | C.A. No. 04-1443-GMS |

**DEFENDANTS' UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME**

Defendants Cargill, Inc. and MGP Ingredients, Inc. ("Defendants"), hereby move for a one day extension to allow the filing of their Reply Brief in Support of Motion for Leave to File First Amended Answers and Counterclaims on or before February 17, 2006. Defendants were served with Plaintiffs' opposition papers toward the end of last week, on February 9, 2006. Two of Defendant's counsel principally responsible for the preparation of Defendants' reply papers have been traveling out of the office during the latter part of last week and for a significant portion of this week to attend to depositions and other work related in this suit. Defendants, therefore, respectfully request a one day extension of time to allow proper preparation of Defendants' reply brief.

Counsel for Plaintiffs has been contacted and has authorized Defendants to represent that the motion is not objected to and will not be opposed.

Dated: February 15, 2006        FISH & RICHARDSON P.C.


By: /s/ *Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

*Attorneys for Defendants*
*Cargill, Incorporated and MGP Ingredients, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2006, I electronically filed with the Clerk of Court the attached **DEFENDANTS' UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

I hereby certify that on February 15, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Richard L. DeLucia<br>Paul M. Richter, Jr.<br>Jerry Canada<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs*<br>*National Starch & Chemical Investment*<br>*Holding Corporation, Penford Australia*<br>*Ltd., and Penford Holding Pty* |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80030337.doc