IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>                Plaintiffs,<br><br>   v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>                Defendants. | C.A. No. 04-1443-GMS |

## [PROPOSED] ORDER

The Court, upon considering Defendants Cargill, Inc. and MGP Ingredients, Inc.'s ("Defendants") Unopposed Motion to for One-Day Extension of Time, hereby orders that the motion is GRANTED.

The time for Defendants to file their reply brief in support of their motion for leave to amend their answer is extended to February 17, 2006.

SO ORDERED this _____ day of February 2006.

 

_____
United States District Court Judge