IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                :
National Starch and Chemical Investment                         :
Holding Corporation,                                            :
Penford Australia Ltd. and                                      :
Penford Holdings Pty,                                           :
                                                                :
                 Plaintiffs,                                :
                                                                :
                v.                                          :   Civil Action No. 04-1443-GMS
                                                                :
Cargill Corporation and                                         :
MGP Ingredients, Inc.                                           :
                Defendants.                                 :
                                                                :
---------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that on February 16, 2006, copies of Plaintiffs' Second Set of Amended Responses and Objections to Defendants' First Set of Interrogatories (Nos. 1-10) were caused to be served on the following counsel of record the manner indicated:

**BY E-MAIL and FIRST CLASS MAIL**

Michael Florey, Esquire
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

PLEASE TAKE FURTHER NOTICE that on February 16, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

      Thomas L. Halkowski, Esquire
      Fish & Richardson, P.C.
      919 N. Market Street, Suite 1100
      Wilmington, Delaware 19801

      Additionally, I further certify that on February 16, 2006, I caused a copy of the foregoing documents to be served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participants in the manner indicated:

      Michael Florey, Esquire
      Fish & Richardson P.C., P.A.
      3300 Dain Rauscher Plaza
      60 South Street
      Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: February 16, 2006

John W. Shaw (#3362)
Josy W. Ingersoll (#1088)
Monté T. Squire (#4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
msquire@ycst.com
Attorneys for Plaintiffs

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
Kenyon & Kenyon LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200