# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS

RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6713
DIRECT FAX: (302) 576-3515
msquire@ycst.com

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 24, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re: *National Starch and Chemical Investment Holding Corp., et al. v. Cargill, Inc., et al.*   C.A. No. 04-1443-GMS

Dear Judge Sleet:

      I write on behalf of plaintiffs National Starch and Chemical Investment Holding Corp, Penford Australia Ltd., and Penford Holdings PTY (collectively "Plaintiffs") to set forth the agenda for the discovery teleconference set for February 28, 2005 at 10:00 AM. The disagreement between the parties to be presented to the Court concerns the following issues:

      (1)    Impact on Discovery of Defendants Motion to Amend the Pleadings, which was filed on February 1, 2006;

      (2)    Defendants responses to Plaintiffs Interrogatories Nos. 13, 15-21;

      (3)    Plaintiffs have three other issues, which are described below, which we believe are ripe for presentation. However, defendants' disagree as to whether there has been an adequate meet and confer regarding these issues. We identify these issues only in the event Your Honor is willing to hear them at the teleconference; if not we will endeavor to present them at a future conference.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
February 24, 2006
Page 2

       (a)    Potential effect on fact and expert discovery of defendants' recent document production, including production of over 800 pages of documents on February 22, 2006;

       (b)    The January 6, 2006 date for defendants' to elect whether to rely on advice of counsel in defense of the willful infringement allegation and the January 13, 2006 date by which they must produce their opinions of counsel if they are so relying;

       (c)    Defendants objections and privilege assertions during depositions;

Defendants' List of Topics:

(1)    Plaintiffs' Failure To Produce Teresa Capitani's EPO Declarations And Related Documents Prior To Her Deposition.

(2)    Plaintiffs' Failure To Produce Seed Samples Promised During The Prior Teleconference And By Letter Dated January 27, 2006.

Respectfully Submitted,

Monté T. Squire (No. 4764)

MTS:aaw
cc:    John W. Shaw, Esquire
        Thomas Halkowski, Esquire