-7-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY., <br><br> Plaintiffs, <br><br> v. <br><br> CARGILL, INC. and MGP INGREDIENTS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 04-1443-GMS ) ) ) ) ) ) |

**ORDER**

At Wilmington this ___ day of _____, 2006, having considered plaintiffs National Starch and Chemical Investment Holding Corp. ("National Starch"), Penford Australia Ltd. ("Penford Australia"), and Penford Holdings Pty. ("Penford Holdings" and collectively, with Penford Australia, "Penford") Motion For Leave To File A Sur-Reply To Defendants' Reply Brief In Support Of Their Motion For Leave To Amend

IT IS HEREBY ORDERED that plaintiffs be GRANTED leave to serve and file a sur-reply to defendants' reply brief in support of their motion for leave to amend, to be filed by the ___ day of _____, 2006.

_____
United States District Judge