IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>    Plaintiffs,<br><br> v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>    Defendants. | C.A. No. 04-1443-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 13, 2006, true and correct copies of

- **DEFENDANTS' FIRST SET OF REQUEST FOR ADMISSIONS TO PLAINTIFFS**

- **DEFENDANTS' THIRD SET OF INTERROGATORIES TO PLAINTIFFS (NOS. 15-23) and**

- **DEFENDANTS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED ON PLAINTIFFS (NOS. 100-104)**

were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

*Attorneys for Plaintiffs*
*National Starch and Chemical investment*
*Holding Corporation, Penford Australia*
*Ltd., and Penford Holding Pty*

**VIA E-MAIL**
Richard L. DeLucia
Kenyon & Kenyon
One Broadway
New York, NY 10004

*Attorneys for Plaintiffs*
*National Starch and Chemical Investment*
*Holding Corporation, Penford Australia*
*Ltd., and Penford Holding Pty*

Dated:  March 13, 2006     **FISH & RICHARDSON P.C.**

By: */s/ Thomas L. Halkowski*
    Thomas L.  Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone:  (302) 652-5070
    Facsimile:  (302) 652-0607

*Attorneys for Defendants*
*Cargill, Incorporated and MGP Ingredients, Inc.*

80031276.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following individual. A copy of this document was also hand delivered on this date.

Josy W. Ingersoll  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building, 17th Floor  
1000 West Street  
P.O. Box 391  
Wilmington, DE 19899-0391  

*Attorneys for Plaintiffs*  
*National Starch and Chemical*  
*Investment Holding Corporation,*  
*Penford Australia Ltd., and Penford*  
*Holding Pty*

I hereby certify that on March 13, 2006, I have mailed via first class mail, the document(s) to the following:

Richard L. DeLucia  
Kenyon & Kenyon  
One Broadway  
New York, NY 10004  

*Attorneys for Plaintiffs*  
*National Starch and Chemical*  
*Investment Holding Corporation,*  
*Penford Australia Ltd., and Penford*  
*Holding Pty*

*/s/ Thomas L. Halkowski*  
Thomas L. Halkowski

80031276.doc