IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
National Starch and Chemical Investment                        :
Holding Corporation,                                           :
Penford Australia Ltd., and                                    :
Penford Holdings Pty.,                                         :
                                                               :
                    Plaintiffs,                                :
                                                               :
              v.                                               :   Civil Action No. 1:04-cv-1443
                                                               :
Cargill Corporation                                            :
MGP Ingredients, Inc.                                          :
                    Defendants                                 :
                                                               :
---------------------------------------------------------------x

**<u>NOTICE OF DEPOSITION OF DEFENDANT CARGILL CORPORATION</u>**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff National Starch and Chemical Investment Holding Corp. ("National Starch") will take the deposition upon oral examination of Defendant Cargill Corporation ("Cargill") commencing on April 5th, 2006, at 9:00 am, at the offices of Kenyon & Kenyon LLP, One Broadway, New York, New York 10004, or at such other date, time and location as mutually agreed between the parties, and continuing from day to day until completed, before a Notary Public or other officer duly authorized to administer oaths. The oral examination will be recorded stenographically and may also be videotaped pursuant to Fed. R. Civ. P. 30.

You are invited to attend and cross-examine.

March 14, 2006          By:  _____
Josy W. Ingersoll (ID #1088)
Karen E. Keller (ID #4489)
Monté T. Squire (ID34764)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West St.
Wilmington, Delaware 19801
(302) 571-6672

Richard. L. DeLucia
Paul M. Richter, Jr.
Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200

*Attorneys for Plaintiffs*
*National Starch and Penford*

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire hereby certify that on March 14, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY HAND DELIVERY**

>Thomas Lee Halkowski, Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801

I further certify that March 14, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Michael Florey, Esq.
>Fish & Richardson P.C., P.A.
>3300 Dain Rauscher Plaza
>60 South Street
>Minneapolis, MN 55402

DB01:1579521.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
John W. Shaw  (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
msquire@ycst.com
Attorneys for Plaintiffs