IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
::::::::::::::::::

National Starch and Chemical Investment
Holding Corporation,
Penford Australia Ltd. and
Penford Holdings Pty,

                Plaintiffs,

                v.                          Civil Action No. 1:04-cv-1443

Cargill Corporation and
MGP Ingredients, Inc.
                Defendants.

------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that on March 13, 2006, copies of (1) Plaintiffs' Fourth Set of Requests for Production of Documents and Things (Nos. 93-100) and (2) Plaintiffs' Third Set of Interrogatories to Defendants (Nos, 22-31) were caused to be served on the following counsel of record the manner indicated:

    **BY E-MAIL AND FIRST CLASS MAIL**

    Michael Florey, Esq.
    Fish & Richardson P.C., P.A.
    3300 Dain Rauscher Plaza
    60 South Street
    Minneapolis, MN 55402

PLEASE TAKE FURTHER NOTICE that on March 14, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

> Thomas L. Halkowski, Esq.
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, Delaware 19801

Additionally, I further certify that on March 14, 2006, I caused a copy of the foregoing documents to be served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Michael Florey, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: March 14, 2006

Josy W. Ingersoll (#1088)
Monté T. Squire (#4764)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
kkeller@ycst.com
Attorneys for Plaintiffs

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter, Jr.
Kenyon & Kenyon LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200