IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>                Plaintiffs,<br><br>  v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>                Defendants. | C.A. No. 04-1443-GMS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 30, 2006, true and correct copies of **DEFENDANTS CARGILL, INC. AND MGP INGREDIENTS, INC.'S RESPONSE TO PLAINTIFFS' FOURTH SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 93-100)** and **DEFENDANTS' RESPONSE TO PLAINTIFFS' THIRD SET OF INTERROGATORIES (NOS. 22-31)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
John W. Shaw
Karen E. Keller
Monte T. Squire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs*
*National Starch and Chemical investment*
*Holding Corporation, Penford Australia*
*Ltd., and Penford Holding Pty*

**VIA FEDERAL EXPRESS**
Richard L. DeLucia
Paul M. Richter, Jr.
Jerry Canada
Amy Feinsilver Bersh
Kenyon & Kenyon
One Broadway
New York, NY 10004

*Attorneys for Plaintiffs*
*National Starch and Chemical Investment*
*Holding Corporation, Penford Australia*
*Ltd., and Penford Holding Pty*

Dated: March 30, 2006        **FISH & RICHARDSON P.C.**


                             By: */s/ Thomas L. Halkowski*
                                 Thomas L. Halkowski (#4099)
                                 919 N. Market Street, Suite 1100
                                 P.O. Box 1114
                                 Wilmington, DE 19899-1114
                                 Telephone: (302) 652-5070
                                 Facsimile: (302) 652-0607

                             *Attorneys for Defendants*
                             *Cargill, Incorporated and MGP Ingredients, Inc.*


80031786.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following individuals. A copy of this document was also hand delivered on this date.

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Monte T. Squire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

I hereby certify that on March 30, 2006, I have mailed via first class mail, the document(s) to the following:

| | |
|---|---|
| Richard L. DeLucia<br>Paul M. Richter, Jr.<br>Jerry Canada<br>Amy Feinsilver Bersh<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

/s/ Thomas L. Halkowski
Thomas L. Halkowski

80031786.doc