# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

March 31, 2006

**VIA ECF**
The Honorable Gregory M. Sleet
United States District Court
    for the District of Delaware
844 King Street, Room 4324
Wilmington, DE 19801

Re:    *National Starch and Chemical, et al. v. Cargill, Inc. et al.*
       USDC-D. Del. - C.A. No. 04-1443-GMS



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Judge Sleet:

Due to recent illness of counsel, Defendants respectfully seek a two-day extension of time for the submission of letters regarding the summary judgment motions that the parties would like to file, such that:

1. Initial Letters for both parties shall be filed by April 5, 2006;
2. Responsive letters for both parties shall be filed by April 11, 2006; and
3. Reply letters for both parties shall be filed by April 14, 2006.

Due to the previous rescheduling of the conference for discussing the filing of summary judgment motions (i.e., now set for April 21st), no other adjustment to the schedule appears to be necessary.  Plaintiffs have been contacted and they do not oppose this request.

Respectfully submitted,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

TLH/sb

cc    Clerk of Court (via hand delivery)
      John W. Shaw (via ECF and hand delivery)
      Monte T. Squire (via ECF and hand delivery)
      Paul M. Richter, Jr. (via e-mail)
      Jerry Canada (via e-mail)

80031800.doc