IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD., and PENFORD HOLDINGS PTY,<br><br>                Plaintiffs,<br><br>    v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>                Defendants. | C.A. No. 04-1443-GMS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 31, 2006, true and correct copies of

- **REBUTTAL EXPERT REPORT OF DR. JAY-LIN JANE**
- **SECOND EXPERT WITNESS REPORT OF FRANK TENBARGE** and
- **REBUTTAL EXPERT REPORT OF MELISSA C. SNELSON**

were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
John W. Shaw
Karen E. Keller
Monte T. Squire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs*
*National Starch and Chemical investment*
*Holding Corporation, Penford Australia*
*Ltd., and Penford Holding Pty*

**VIA E-MAIL**
Paul M. Richter, Jr.
Jerry Canada
Kenyon & Kenyon
One Broadway
New York, NY 10004

*Attorneys for Plaintiffs*
*National Starch and Chemical Investment*
*Holding Corporation, Penford Australia*
*Ltd., and Penford Holding Pty*

Dated: March 31, 2006                **FISH & RICHARDSON P.C.**

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

*Attorneys for Defendants*
*Cargill, Incorporated and MGP Ingredients, Inc.*

80031838.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following individuals. A copy of this document was also hand delivered on this date.

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Monte T. Squire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

I hereby certify that on March 31, 2006, I have e-mailed the document(s) to the following:

| | |
|---|---|
| Richard L. DeLucia<br>Paul M. Richter, Jr.<br>Jerry Canada<br>Amy Feinsilver Bersh<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | *Attorneys for Plaintiffs*<br>*National Starch and Chemical*<br>*Investment Holding Corporation,*<br>*Penford Australia Ltd., and Penford*<br>*Holding Pty* |

      */s/ Thomas L. Halkowski*
      Thomas L. Halkowski

80031838.doc