IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
National Starch and Chemical Investment                        :
Holding Corporation,                                           :
Penford Australia Ltd. and                                     :
Penford Holdings Pty,                                          :
                                                               :
           Plaintiffs,                              :
                                                               :
      v.                                                  :  Civil Action No. 04-1443 (GMS)
                                                               :
Cargill Corporation and                                        :
MGP Ingredients, Inc.                                          :
           Defendants.                               :
                                                               :
---------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that on March 31, 2006, copies of (1) Plaintiffs' Responses and Objections to Defendants' Third Rule 30(b)(6) Notice of Deposition to Plaintiffs; (2) Plaintiffs' Responses and Objections to Defendants' Fourth Set of Requests for Production of Documents and Things Propounded on Plaintiffs (Nos. 100-104); (3) Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Admissions; and (2) Plaintiffs' Responses and Objections to Defendants' Third Set of Interrogatories (Nos. 15-23) were caused to be served on the following counsel of record the manner indicated:

      **BY E-MAIL and FIRST CLASS MAIL**

      Michael Florey, Esq.
      Fish & Richardson P.C., P.A.
      3300 Dain Rauscher Plaza
      60 South Street
      Minneapolis, MN 55402

PLEASE TAKE FURTHER NOTICE that on April 3, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

> Thomas L. Halkowski, Esquiere
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE  19801

Additionally, I further certify that on April 3, 2006, I caused a copy of the foregoing documents to be served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participants in the manner indicated:

> Michael Florey, Esquire
> Fish & Richardson P.C., P.A.
> 3300 Dain Rauscher Plaza
> 60 South Street
> Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: April 3, 2006

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
jshaw@ycst.com
Attorneys for Plaintiffs

OF COUNSEL:

Richard L. DeLucia, Esquire
Paul M. Richter, Jr., Esquire
Kenyon & Kenyon
One Broadway
New York, New York 10004-1050
(212) 425-7200