IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
National Starch and Chemical Investment                        :
Holding Corporation,                                           :
Penford Australia Ltd. and                                     :
Penford Holdings Pty,                                          :
                                                               :
                Plaintiffs,                           :
                                                               :
                v.                                    :    Civil Action No. 04-1443 (GMS)
                                                               :
Cargill Corporation and                                        :
MGP Ingredients, Inc.                                          :
                Defendants.                           :
                                                               :
---------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that on March 31, 2006, copies of (1) Corrected Opening Expert Report of Dr. Rita Mumm; (2) Rebuttal Expert Report of Dr. Rita Mumm; and (3) Rebuttal Expert Report of George W. Gokel were caused to be served on the following counsel of record the manner indicated:

    **BY E-MAIL**

    Michael Florey, Esq.
    Fish & Richardson P.C., P.A.
    3300 Dain Rauscher Plaza
    60 South Street
    Minneapolis, MN 55402

PLEASE TAKE FURTHER NOTICE that on April 3, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

Thomas L. Halkowski, Esquiere
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Additionally, I further certify that on April 3, 2006, I caused a copy of the foregoing documents to be served by hand delivery and electronic mail on the above listed counsel of record and on the following non-registered participants in the manner indicated:

Michael Florey, Esquire
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

|  |  |
|---|---|
| Dated: April 3, 2006 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ John W. Shaw<br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6672<br>jshaw@ycst.com<br>Attorneys for Plaintiffs |

OF COUNSEL:

Richard L. DeLucia, Esquire
Paul M. Richter, Jr., Esquire
Kenyon & Kenyon
One Broadway
New York, New York 10004-1050
(212) 425-7200