# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

April 21, 2006

The Honorable Gregory M. Sleet
United States District Court
   for the District of Delaware
844 King Street, Room 4324
Wilmington, DE 19801



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *National Starch and Chemical, et al. v. Cargill, Inc., et al.*
      USDC-D. Del. - C.A. No. 04-1443-GMS

Dear Judge Sleet:

Defendants respectfully apologize for any confusion caused by counsel's less than clear reference regarding interpretation of the patents-in-suit made in our prior letter to the Court. Defendants April 17th letter in no way meant to denigrate the Court's claim construction decision, especially in light of the careful consideration exerted by Your Honor regarding these matters.

Defendants' April 17th letter intended to explain that Plaintiffs' position on willfulness appeared to rely upon assertions: (i) that Cargill could not have reasonably relied on many years of testing its own products for amylose content utilizing a standard iodine colorimetric test; and (ii) that Cargill should have realized that the test set forth in the specification of the patents-in-suit would later be applied and (when modified to make it operable) would substantially inflate the apparent amylose content results compared to the results Cargill routinely had obtained from testing its own products over many years. Thus, Defendants sought to explain that Plaintiffs' position relied upon an improper foundation for charging Cargill with willful misconduct.

Counsel for Defendants sincerely regret our failure to more clearly state Defendants' position.

Respectfully,

*Thomas L. Halkowski*

Thomas L. Halkowski

TLH:kxk/80032430
Enclosure

cc    John W. Shaw (via ECF and hand delivery)
      Monté T. Squire (via ECF and hand delivery)
      Paul M. Richter (via E-mail)
      Jerry Canada (via E-mail)