IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STARCH AND CHEMICAL INVESTMENT HOLDING CORPORATION, PENFORD AUSTRALIA LTD, and PENFORD HOLDINGS PTY,<br><br>            Plaintiffs,<br><br>  v.<br><br>CARGILL, INC. and MGP INGREDIENTS, INC.,<br><br>            Defendants. | C.A. No. 04-1443-GMS |

## STIPULATION FOR MODIFICATION OF DEADLINE
## FOR PROPOSED PRETRIAL ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by the parties below, subject to the approval of the Court, that the time for submission of the Proposed Pretrial Order for this matter is extended from September 4, 2006, to September 18, 2006. The parties submit this stipulation to allow additional time for the parties to continue focusing principally upon on-going settlement discussions that have been progressing amongst all the parties to this suit.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON P.C. |
| */s/ Monté T. Squire* <br> Josy W. Ingersoll (#1088) <br> John W. Shaw (#4219) <br> Monté T. Squire (#4764) <br> The Brandywine Building, 17th Floor <br> 1000 West Street <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> Telephone: (302) 571-6600 <br><br> *Attorneys for Plaintiffs* <br> *National Starch and Chemical Investment Holding Corporation, Penford Australia Ltd., and Penford Holdings Pty.* | */s/ Thomas L. Halkowski* <br> Thomas L. Halkowski (#4099) <br> 919 N. Market Street, Suite 1100 <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> Telephone: (302) 652-5070 <br><br> *Attorneys for Defendants* <br> *Cargill, Inc. and MGP Ingredients, Inc.* |

      **SO ORDERED** this _____ day of August 2006.

                                                                                                   United States District Court Judge