UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
National Starch and Chemical Investment :
Holding Corporation, :
Penford Australia Ltd., and :
Penford Holdings Pty., :
:
                Plaintiffs, :
:
                   v. : Civil Action No. 04-cv-1443 (GMS)
:
Cargill, Inc. and :
MGP Ingredients, Inc. :
                Defendants. :
:
---------------------------------------------------------------x

**STIPULATED ORDER FOR ENTRY OF VOLUNTARY
DISMISSAL OF ALL CLAIMS, COUNTERCLAIMS,
AND DEFENSES IN CIVIL ACTION No. 04-cv-1443 (GMS)**

Plaintiffs National Starch and Chemical Investment Holding Corporation, Penford Australia Ltd., and Penford Holdings Pty. (collectively "Plaintiffs") and Defendants Cargill, Inc. and MGP Ingredients, Inc. (collectively "Defendants") jointly request that the Court dismiss with prejudice all claims, counterclaims and defenses arising from Civil Action No. 04-cv-1443.

The intent of the parties is to bring the litigation in the District Court to a final and complete close. Each party will bear its own costs and attorneys fees incurred in this litigation.

SO STIPULATED:

**Counsel for Plaintiffs:**
National Starch and Chemical Investment Holding Corporation, Penford Australia Ltd., and Penford Holdings Pty.

Dated: September 12, 2006

/s/ Monté T. Squire
Josy W. Ingersoll (ID #1088)
John W. Shaw (ID #3362)
Monté T. Squire (ID #4764)
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West St.
Wilmington, Delaware 19801
(302)-571-6600
jshaw@ycst.com

Of Counsel:
Richard. L. DeLucia
Paul M. Richter, Jr.
Kenyon & Kenyon
One Broadway
New York, New York 10004-1050

**Counsel for Defendants:**
Cargill, Inc. and MGP Ingredients, Inc.

Dated: September 12, 2006

/s/ Thomas L. Halkowski
Thomas L. Halkowski (ID #4099)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899-1114
(302)-652-5070
halkowski@fr.com

Michael E. Florey
Fish & Richardson P.C., P.A.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, Minnesota 55402

SO ORDERED, this ___ day of _____, 2006.

_____
Gregory M. Sleet
United States District Judge