```
                    OFFICE OF THE CLERK
                UNITED STATES DISTRICT COURT
                    DISTRICT OF DELAWARE
```

Peter T. Dalleo                                    LOCKBOX 18
  CLERK                                        844 KING STREET
                                                U.S. COURTHOUSE
                                        WILMINGTON, DELAWARE 19801
                                                 (302) 573-6170


                            September 6, 2007

**Thomas Lee Halkowski**, ESQ.
Fish & Richardson, P.C.
Email: halkowski@fr.com


    RE: Natl Starch and Chem, et al v. Cargill Inc, et al.
        Civ. No. 04-cv-01443-GMS

Dear Counsel:

   Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:


ITEMS: 96,97,117,119,121,123.

   A copy of the signed acknowledgment has been attached for your records.

                                        Sincerely,

                                        Peter T. Dalleo, Clerk

                                        By: _____


   I hereby acknowledge receipt of the above mentioned documents on ___9-6-07___.

                                        _____
                                                Signature